# IN THE US DISTRICT COURT
## DISTRICT OF MINNESOTA

Susan Herbert and her minor Sons,
Ethan and Christopher

Complaint#_____
 Civil Rights

VS

US Military

Residents of Apt. #49

Neptune Beach Police

David Quinones III

Karl Longstreth

Republican Party

and

Democratic Party

Counsel for Plaintiffs:

Susan Clemons................Susan Herbert...............................Ray Morton
3540 E. Drexel Rd.........1100 Seagate Avenue 101............1100 Seagate Avenue 101
Tucson, AZ  85706..........Neptune Beach, FL 32266...........Neptune Beach, FL 32266
520-306-2685..................904.705.6171.................................904.705.6171

SCANNED

OCT 3 1 2011

U.S. DISTRICT COURT DULUTH

2.

    a.  US Military, Joint Chiefs
         Joint Chief, The
         Pentagon
         Washington, DC


    b.  Neptune Beach Police
         *200 Lemon Street*

         Neptune Beach, FL 32266


    c.  Residents, # 49
         1100 Seagate Avenue #
         Neptune Beach, FL 32266


    d.  Karl Longstreth
         17 Water Street
         Westbrook, ME 04092


    e.  David F. Quinones (C/O Cate Quinones Austin)
         143 Pawling Avenue
         Troy, NY 12180


    f.  Republican Party
         *Washington, DC*


    g.  Democratic Party
         *Washington DC*


3. Basis of Jurisdiction

    Multiple Jurisdictions, Federal Question and First Directly Entered Authority Case, SCOTUS thus Extraordinary Circumstances Present


4. Federal constitutional, statutory or treaty right at issue?

    The original governing documents as they are exactly worded and intended including The Federalist Papers as these are the only documents SCOTUS accepts upon matters of law plus <u>Marbury V Madison</u> and <u>A Summary View On The Rights Of British America</u> as the class has already proven both to be law of this universe as is the original form circa 1776 and 1787; as for any Treaty

right we have proven the UN to be nonexistent as no Treaty exists as it was filed four months too late, after the IMF was first created and the UN pled out to the class on July 29th, 2011 entering a plea of guilt by reason of inorganic insanity that may or may not be temporary as the UN named Article 28 and other instruments of justice to then cause America injury and harm when there are two Article 28's, one clerical and one stating that we are the aggressor and both are not applicable as both are not possible and when the UN had the case we filed for about 18 months and only pled out upon discovering that Jefferson not Lord Calvert correctly weighed the Earth and human sapience so that only America is actually sovereign and so only American stands upon what is universal law; Jefferson proved A Summary View and the equality of all humans absolutely.

5. Diversity of Citizenship  N/A

6. Basis for venue in MN & Other:

Related suit, 11-CV-1969 already within this court; this exact bench has a woman sitting upon it and a woman or a man who has had a seizure are the only type of judges qualified to opine upon this case as no man can know woman as absolute fact and law as no man will ever be pregnant or have a baby so his testimony is always bad evidence, never proof or absolute proof and hearsay as any knowledge he has is derived from books and from others not upon his own experience of life. A woman can know woman as she menstruates thus by her nature risks her life and sheds her blood in defense of The Constitution and/or know the good science for when life is in the womb as a legal unborn person who yet holds that unique legal designation is a plaintiff, Christopher Quinones, and a man who has had a seizure can know the good science absolutely as he has had an experience of life that is a part of that good science as what is akin to an electrical storm lights up your brain, spine and other sensory nerves. In our case of all federal judges we engaged across the US only two were woman and one was not willing to consider the truth while the other did not seem to grasp the fact that you cannot claim the process exists ONLY as the process is named upon the paper as the people who hold offices are refusing to abide by the named process and that in this case you cannot know some truths by reading them on paper only as they will never, ever translate fully to paper as paper is a flat plain with flat words upon it so emotional truth, scientific truth and metaphysical truth – actual reality – cannot be translated on to paper; your photograph would be like a circle upon the paper but your experience of life and your mind would be like a sphere and you cannot realistically convey what a sphere is on flat paper. Also you cannot realistically convey exacting amounts of energy such as joules, the multidimensional reality of space, the fractal model of the godspark or sapience nor the metaphysical reality of The Creator and/or universal law at work on paper; to judge the case, claim or complaint based upon the appearance of the paper is to then judge our appearance as people or it's prejudice.

MN is the most convenient venue due to the other existent case, the location of all partys, due to some evidence and proof being physically located in MN, due to witnesses and other proof resting in nearby Wisconsin, North and South Dakota and as both judges assigned to 11-CV-1869 having qualities and so possessing unique, original intellectual property. Steve Rau, the magistrate judge that issued a report and recommendation regarding 11-CV-1869, has exactly perfect unique intellectual property especially in light of the obliteration of what is public versus private, what is currency not money and stock brokers also being dealers thus gamblers as during the interim between filing 11-CV-1869 and this suit an Occupy Wall Street movement erupted and spread across the US and now to other parts of the planet. You can never, ever divest every one of Rau's facts including lawyer and man from every single problem the US Military has that led it to injure and harm it own self, women and children in general and then the exactly named plaintiffs.

7. Attached.

Injunctive and declaratory relief; monetary relief is dependent upon the outcome of a federal question regarding currency and Jefferson's intellectual property as he not Lord Calvert correctly weighed the Earth thereby answering a problem Newton proposes in <u>Principia</u>. This answer was entered to the Congressional record around 1790; while plaintiffs have been harmed and some of that harm may be irreparable it is our knowledge that according to all fact and law the fiat bill debt money system and with it the Federal Reserve are anti-constitutional as they are not a form named in US law nor are they a form known as a Republic; paper money is as Jefferson said "the ghost of money" and is a fabrication of man based upon ego that does not match reality except that the paper and ink is physically real. *See Credit River Ruling*. However money is the only language some unjust men understand thus we can fill out the IFP form and ask for monetary damages in excess of $75 k as a formality. That is, it's not possible to decide the IFP first w/o hearing us in person but it is possible for us to fill it out to keep order so we did.

You cannot possibly rule upon the IFP form until AFTER you answer a federal question named in 11-CV-1869 and that arises again here.

Previously SCOTUS certified the class and so entered the case without the payment of any fee as all monies including all fees are currently being collected as tribute not as just taxation if not because of Obama Jr. being a foreigner than because of the case known as BVG being waged and argued by lawyers when it is a fictitious claim and was never an actual emergency. Bush V Gore is a tied opinion or tied election any way you count it as you never pit wholes against absolutes under US law. BVG was born as Gore V FL and Rehnquist signed his name as 1 but then wrote "per curiam" and there is dissent so BVG can only be a tie, 1 alone or 5 as 1 versus 4 as 1 and you then pit that whole one against every other whole one so BVG is always and forever tied in favor of The People so the lone voter must then rise and I did.

We complain:

1.     We entered the court in FL in 1996 and filed suit in SCOTUS directly as we sued pre-deprivation of the right and in this very federal court already. It is SCOTUS Petitions 07-9804, 08-6622 and indirectly filed 09-6777 and suit 11-CV-1869, Duluth, MN. New injury and harm is and I have discovered new proof and it's damning. It's not absolute but it's damning.

2.     This complaint is related to 11-CV-1869 but as a new element is in play. I do not believe it is an amendment of that suit although my understanding is a judge may combine both. I combined all as the point of law is about the theory circa 1871 that you labeled "US law" when it isn't and about the theory known as US law circa 1787 that does define or mimic universal reality aka law.  You need to know: Jefferson proved the divine endowment is universal law via his system of weights and measures; Jefferson not Lord Calvert correctly answered Newton's question and I then finished the job by standing upon Jefferson's good science to resolve Uniformity. France abandoned Jefferson's *oscillating rod method* and so their metric system is no good. Apparently only I knew this universal law so only I was acting upon the actual way nature works when I voted. Everyone else acted upon what is incorrect or flat out wrong such as Calvert, DC's incorporation or Obama's nonexistent American birth. I never fell for the lies as I knew the universal laws at work and their correct interaction (in the courts we say "application"). Now every member of the class knows this universal law and so how I resolved Uniformity, as do other people across Earth. The divine endowment or mankind's sovereignty over the Earth - the Americans liberation via revolution - has been proven absolutely and wholly.

3.     You the reader or the judge also need to know that law has never been "discovered" or "made" by a woman since the dawn of patriarchy when our government is not a patriarchy as there is to be no force. Hence the prejudice of women has led to every one of our problems on Earth and law is 100% male as it is forever reviewed by a male majority in Congress and the Judiciary and by a male Chief Justice and male President so I am the very first woman to discover and/or make law both US law in the form of the correct application of the EP&DP clauses and chain of command theory plus my lone vote issued as an Executive Order and universal law in the form of human sapience or your mind measured in the unit known as a joule, the weight of Earth and how and why magnetic North moves as well as the correct nature of time as having mass or capacity and the correct geometric shape of time. No other woman on the written or known human record has done this for any woman acknowledged for her work did not absolutely prove a

1

previously undefined universal law nor what its correct application or interaction is. No man can or does write universal law as all you do is define it and so the Founders intellectual property is good and only America has it and is it. I defined and absolutely proved my theory and the Founders theory to be law, universal law. *See 11-CV-1869 re currency not money as you can't rule on an IFP application until you define a universal currency with an actual value, as money has none. You may not depend and rely upon prior case law although we named it previously as we entered SCOTUS directly so you must author your own unique intellectual property as our direct entry and the US subsequently defaulting changed everything.* The recognizable legal theory present then would be US law and our own original intellectual property as US law is mere theory until or unless you prove it absolutely. Precedent doesn't invent itself.

4.    On or around October 7th or 8th, 2011, a "neighbor" filed a false report of a disturbance or noise nuisance against me, Susan Herbert, at * PM on weekend when I was arguing a federal case and when my safety was at stake; in the nearly 9 years I have lived here this is a first and I'm not the problem - he is and the cops are. As I do not know his name I listed him as being his address #49 1100 Seagate Avenue, Neptune Beach, FL 32266. *When I know their exacting names I'll inform the court.*

5.    This faux American did not personally like the fact that he could hear federal points of law being argued and/or hear me defend The People and myself. I will remind this court: Not only does this person know nothing about me but only that I am a woman this person is one of the citizens currently in default. *See Petition 08-6622.* This person has demonstrated on more than one occasion that they are an authoritarian ruler who is a modern and who is prejudiced against women and that this person's true belief is that he can inflict his personal wants and desires upon me by becoming violent or using force.

6.    This person is brand new to this neighborhood and w/o ever having met me or spoken to me this person went to the apartment manager and filed a noise complaint, a first since I have lived here. This report was false in that it did not accurately detail the event nor the content of the "noise" and as it was not "noise" but the human voice as noise is not the same thing as sound nor is it the same thing as music or speech. The person who filed this report made this report out to make it seem as if Brian Dobry and I were deliberately making noise only to disturb him or as if we had no respect for other people.

7.  As there is zero prohibition against arguing federal cases in your home or anywhere else for that matter, as constitutional law happens in the moment and as I am the very first and only person since <u>Marbury</u> to directly enter SCOTUS and to secure a judgment of default against the US then the obligation, duty, privilege and right belongs to me as I possess the actual moral authority. Nobody on this Earth can or will prevent me from arguing US law and so federal cases most especially my own case. My true belief is this person filed the noise complaint only to create a false paper trail as if that report would then serve as evidence and/or proof that he is "right" as in perfect and better than I not that the law or local ordinance or even our lease is on his side but only as he is right NOT that the right or interest is his. This person seems to be one of these people who truly believes that a piece of paper is the absolute proof.

8.  This person then began to position himself directly under me and to pound on his ceiling (my floor) like a stark raving lunatic. He went directly to violence, first being emotionally violent and then escalating it to physical violence only as he did not get what he personally wanted not needed. Again he did this w/o ever speaking to me or meeting me and when he is in active default.

9.  This person did this more than once; more than once is no mistake. This person has not once attacked Brian Dobry who also lives with me but only my person. That is because men who are authoritarian rulers with a modern perspective as this man is (he himself proved this to me) are afraid if they attack a man they will get hit as a man will retaliate; they deliberately hide behind pieces of paper and perceived authority figures and they deliberately target the person they believe is the weakest not the person they believe is responsible. The form known as authoritarian rule or use of force, patriarchy, is fear based. It's: Un-American. These people place blame acting upon what are prejudicial beliefs and arbitrary judgment values. They believe US law is about permission and that everything is their right. They have little or no regard for anyone else's interests and rights. Most of them have no idea what an interest is or that there exist public *and* private rights and interests. I could be as loud as a jet engine; in this case? I'm not as loud as a jet but if I was the public interest outweighs any private right, as America would be dead if I failed to act as I did.

10. The last time this person did this he did so on a Friday or Saturday night around 8-9 PM. This time he was especially violent and you could no longer deny he was deliberately targeting me and me alone. Brian Dobry commented upon this and so I told my neighbor like it is by pounding right back and by yelling, "I would like to see

this man try to stop me; if you think you are the one who has a case against me then go for it. If you want to volunteer to be that person then go for it. WHAT ARE YOU GONNA DO TO STOP ME FROM ARGUING A FEDERAL CASE?"  The question is: how delusional and insane are the neighbors as the entire neighborhood might be composed of authoritarian rulers but not rulers who have a modern perspective and who actively attempt to inflict their real on you as if it's reality.

11.     Several minutes later there was wild, loud knocking on my door. I asked the person to identify himself. There was no response. There was more wild knocking. Again I asked the person to identify themself only this time I made a demand. For the second time there was no response. The third time this wild knocking began I heard, "Police!" My neighbor made the fool hardy mistake of hiding behind police officers whom I sued federally and won a judgment against as these officers would be some of the most unprofessional and heinous acting people I know and none of them should be working as cops. *See SCOTUS Petitions 07-9804, 08-6622 & 09-6777.*

12.     Susan Herbert has zero reasonable expectation that these police officers will ever abide by the law or render actual aid and assistance to victims most especially my person. Unbeknownst to my neighbor these police officers are now guilty of aiding and abetting an act of rape in my case based upon the events of the preceding week and these police officers nearly got me killed. Once again I was left to defend my own self only this time I had to defend myself against these officers and a doctor along with a couple of nurses as nobody was willing to acknowledge actual reality: If these people had not acted as they did and had not committed criminal acts then I never would have been raped. The cause is these police officers and other licensed or paid officers of the US. I ended up hospitalized and I was harmed further as doctors kept denying reality and listening to the criminally corrupted police not to me the victim and the patient so they pumped me full of a drug I am allergic to and I began to go into shock. These cops are facing an insurmountable obstacle: Universal law and my person. They call it "incapacitate" but I call it "murder". That's what the new neighbors were attempting to do, incapacitate me.

13.     What should disturb this court is the fact that these officers knocked on my door wildly and deliberately and refused to identify themselves when they MUST do so. The actual reasoning these officers did not identify themselves?

14.     These officers knew they had zero cause not only because of my lawsuit but because when they approached there was silence coming from my home. Also there

is absolutely no noise ordinance in Neptune Beach against arguing federal cases or against making noise at 8 or 9 PM on any night. The noise ordinance in place addresses excessive noise which disturbs the peace or noise that is unreasonable due to the time of night and the common habits of people. Personally I hate sleep but some people love it and most of you need it. It's an interest not a right. The report was for noise as in <u>noise that prevents you from living your life.</u> I sued first, for acts of violence that prevent me from living my life. Is this then a report against me or a confession the people in #49 made?

15.    Our lease asks us to respect "quiet" hours at 10 PM but asks us not to be running dishwashers and vacuums at that hour. This is the beach; it is often noisy and in this apartment complex it can be very noisy late into the night if somebody is throwing a party. It is not reasonable or rational to file a noise complaint against me at 8 or 9 PM on a weekend. If you do knock on my door? Every police officer in this nation is obligated to identify himself when he has no warrant; if police officers refuse to identify themselves as such then I do not have to open my door and I will not open my door. Anything that happens as the direct result of a police officer acting upon a false report and then refusing to identify themselves is the fault of the police officers and the person filing the false report. The police must identify themselves. Even then no person on Earth <u>has</u> to open his or her door.

16.    In my case I knew exactly *why* these officers refused to identify themselves: They wanted to create a cause by blaming me for not opening my door as if that gave them cause and made me guilty so once they said "police" I opened my door. Ask yourself: What could and would criminals do to then "force" the police? What could a citizen do to harass the police so that they would harass me? The chain of causation is: The people in #49 who are already known to us as they are violent, they targeted me and they accepted my offer, entered an *anonymous* complaint so that the cops couldn't or wouldn't cite them. I know this based upon exactly what the cops said, what I said in response and then the look on their faces as they did not know the complaint was issued by our downstairs neighbors in an act of revenge until I told them.

17.    Upon accusing me of being guilty of excessive noise I asked them if they heard so much as a single sound upon approaching my home; they said "No but you would not open the door" to which I responded, "Because I truly believed YOU were the delusional lunatic downstairs." The police stopped dead and then did some grandstanding and posturing and asked me if Brian Dobry was home or not. This is irrelevant; either Brian Dobry is the cause or not and the NBPD insists that Brian

Dobry is a saint when he is a sinner and he fully admits this. But not to the NBPD. *When I said "delusional lunatic from downstairs" the cops flinched. It was: surprise; they had no idea the guy downstairs is the anonymous reporter until then.* The only actual noise and the only actual nuisance is my neighbor pounding on our ceilings and the cops pounding wildly on our door and the only people who did not vest the right and the interest is these same people.

18.     Authoritarian rulers with a modern perspective are cowards in actuality who hide behind inanimate objects like paper and guns and go straight to violence as they're bullies who NEED to control the universe; they're bound and determined to make their personal real then your reality by inflicting it upon you. The people in #49 actively attempt to shut down any options other than what they personally believe by immediately generating paper; they truly believe and wrongly so that the paper is the proof when the absolute proof is their own action. They truly believe they are going to walk into a court with false complaints they generated and deny reality by denying they issued them when tracing the complaint back to its source is very, very easy and when there is no such thing as a secret in this world. They truly believe they can scare you into doing whatever they want via forms of violence be it pounding on your floor or complaining to the manager of the apartment complex; they are wholly vested in the paperwork not reality so they do things like create the paper trail for you and/or react in such a way they are filing false police reports at 8 – 9 PMish (we'll say 9 PM to give them leeway) on a weekend. The THINGS make them feel important and make them feel as if they do control you as if they can control you and everyone else when they *can't* as it is not possible. As long as "real" is then "reality" in their heads they control the universe; once you inform them that their real is not reality and so they acknowledge the lie they have lived out then they no longer control anything but their own selves. Egomaniacs cannot have that, they can never lose control, so they shut down options by lying or by acting violently thus scaring you into doing their bidding or so they think. How is threatening somebody then control? Addicts who are <u>active</u> in their addiction to ego are liars by their very natures. These people are active.

19.     If you listen to my answer when they pounded on the floor before calling the cops I told them if they could then go for it. If their claim is they HEAR me then they know the whole truth and they can tell a federal judge or a cop or me. If they can make their case to a cop they can make their case to a federal judge and to me, <u>in person</u> as they have accused me and we never met.

20.   All the pieces of paper in the world will not help them make a nonexistent case. While I could exclude 6 billion humans except them thus proving they, the residents of #49, are the cause of the cops coming to my door I will use a simpler method and I will call two witnesses: The cops. In their heads you cannot prove they did it thus you can't prove they are the cause. In their heads they cannot prove it so they believe you can't when it's simple; signing "anonymous" gives them blanket immunity or so they wrongly believe.  In their heads it's humanly impossible as they are objectifying you to then make you less than their own diminished capacity thus then they are better than you and so every action is justified or so they irrationally believe.  They never stop to think that they ARE the pattern and that they ARE the cause: <u>They irrationally believe judgment is possible but justice is not possible</u>.

21.   That's their own false perception as they aren't meeting and exceeding an equal as they escalate the argument to death right out of the gate; they never *did not* control others; they have never had the experience of the force they employ being met and exceeded by an equal or greater force, me. You meet force with equal or greater force; THEY called the cops making it a federal case as that's a police power not a military power and they attempted to exert military power making it federal as they also elected and now support the incapable and sometimes foreign clowns in office. *You may be ignoring them but they tell themselves the lie that they have control of you so they do not quit until somebody is killed*. This type of person, this *personality*, is driven to control others via fear so if fear doesn't work they escalate the violence until somebody is dead. Death is the resultant outcome every single time authoritarian rule goes unchecked.

22.   I can tell you from experience as this is basic psychology that I lived not that I've only read about in a book: When a person opens their argument with violence in any form? They have just announced they are escalating the threat to death. The true belief they have in their heads is that there is some thing they can do to kill you. They need to kill the truth so they do that by killing you but it never works in my case. That's *why* they take these insanely desperate and irrational actions. Violence or fear conditioning is all they know. I mean from the time they were babies they have been bullies and that character defect went unchecked. Two people in two different situations and in two states both screamed, "Why can't we kill her? Why aren't you afraid of me?" One added, "Everybody is afraid of me so why aren't you? Why don't you know to be afraid of me?" Their true belief is they can scare you to death; it's assault becoming battery; battery *is*. A floor doesn't separate us. You did not strike the floor as you positioned yourself under me and then struck me. It's not like I didn't feel the floor move. You hit the floor and the floor hit me. You, Apt.

#49, take your victim as you find her, having unseated Newton, Einstein and Jefferson in the Supreme Court of the US and in the other federal court in Duluth, MN. You, Apt. #49, are the cause. First the floor fell out from under me when I resolved Uniformity and now the floor rose up to meet me as you punched it, meaning and intending to punch me, Susan exactly. It's no accident. Unjust men do that, punch me, but I <u>punch</u> <u>back</u>.

23.     To directly attack me is to directly not indirectly attack the whole class. Authoritarian rulers of all manner have to get past me to get to the members of the class so it constitutes waging war against The People. My downstairs neighbor volunteered; he is the guy who volunteered to come to federal court and explain away *why* he is "unreasonable where Susan is concerned" as a forensic psychiatrist previously determined and *why* he is violent with me as his actions are a violation of the 1st Amendment, Article 4 Section 4, the EP&DP clauses and my exactly named enumerated right of safety. He accepted my offer; he volunteered to argue the contracts known as US law and so universal law are in *his* favor and that the interest and right to use force and inflict injury and harm upon me is *his* right. The police also volunteered. These people all claim they have the right to exercise military power not police power as if this is a case of martial law and they are the marshals.

24.     All of these people seem to truly believe that military power belongs to them, as does moral authority when they have no ethic. As this is the case and as a universal law known as equilibrium is in effect thus power and authority will automatically balance itself and fall on my side I knew to address the rape that occurred by looking for an exact photograph in a box of photographs as I know exacting facts nobody else on Earth knows and as to attack hatred directly you exert or employ unconditional love. *Paper is the language unjust men speak; a photo then would speak volumes.* I fully expected equilibrium to kick in based solely upon my own action that is the product of motive and intent and is a form of energy that is an exacting amount. I could nullify and void injustice and violence via my own action, in actuality, not via the paper. The photo need not exist as universal law does. All I have to do is have an idea and then act upon it, as I create consciously. I *might* find a photo of what I'm looking for; I have zero preconceived ideas so the answer may come in any form.  <u>I am not and never will condone rape</u>, <u>actual physical bodily rape for which I was hospitalized</u>.

25.     As I dug through the photos I noticed paperwork lying on the bottom of the box. This is not unusual as there is paper on every surface of my home currently as I have trillion dollar intellectual property lying about. But it was unusual to see paperwork

in this exact box. As I pulled it out I saw that it belonged not to me but to David Quinones III my ex-husband who is ex-Navy. I did not recall ever seeing this paperwork and I did not know I was in possession of it. I reached to pull it all out in order to throw it away when what seemed to be a letter fell to the floor. I opened it and it is a letter; it is WITHIN this complaint as a part of he complaint but it is also attached as a game officers have played with the class is to pretend they did not read the attachments so that they then can deny reality as you would not know what the attachments are unless you read them yourself so if all you read is a ruling and order it seems to be just to the outside observer but its delusional based upon the attachments as I know how to prove a case incontrovertibly and I have nothing to hide.

26.    This letter was written by Karl Longstreth who was in the Navy with David Quinones III. If I knew this letter existed I would have entered it sooner as it proves every accusation I made regarding David Quinones III and his behavior is absolute fact, it proves men hate women and are now so irrational that they do something worse than objectify them by eradicating them thus denying their very existence by denying their person exists, that the US military is devoid of any morality and can no longer execute its duties and that the citizens are totally oblivious to the fact that they are now harming their own selves. The total confusion regarding police and military powers and so power and control versus power and authority is self-evident.

27.    This letter also proves something else: Unjust men and now some unjust women project a false presented self to you, an illusion that you truly believe is the truth of who and what that person is when it is not true. The actual reality of who and what these unjust people are or their core self is very, very different. Their behavior is conditional, unlawful and disgraceful; they truly believe that the contents of their heart and mind is a secret and that if they do it behind closed doors that you can never know. They truly believe there are no consequences. Everything they have in life including their commission is the direct result of diminished capacity, favoritism, nepotism, overly broad privilege and the political wrangling that Marbury names as wrong or unconstitutional; it is the direct result of approval seeking and people pleasing so none of it was earned honestly or justly thus it is not theirs in their own right and they never vested any interest. As none of these men earned their commissions and as diminished capacity combined with no moral authority caused these men to lose the human ability to know and then tell the whole truth and to lose the human ability execute their duties then these men are not willing or able to stand in the light of the truth therefore women and children in general and Ray Morton and I will never, ever secure liberty and justice for ourselves until or

unless these men are held accountable and responsible for their own thoughts, words and deeds. Until and unless they are made to deal with the whole truth of their own persons and then America and so the injury and harm that they alone have caused then these persons will never be of the ability and capacity to preserve, protect and defend the Constitution aka The People and they will continue to act upon what is blind faith, blind loyalty and blind allegiance w/o any named reasoning or cause so that they are acting irrationally.

28.    The only two people on Earth who can sit in judgment of the US military are Ray Morton and Susan Herbert as we are the two people who were crushed when the American army met the Chinese army at long last and in the violence, confusion and turbulence of war waged domestically and abroad the Americans, some of them in uniform and some of them civilian, irrationally reasoned and decided that we are the enemy so they tortured us. It is utter lunacy for the US military or any American to believe that you can force another person who possesses actual moral authority to bow down before you instead of The Creator and that you can force us to do what is absolutely unethical and is only for your personal gain at the expense of The People. It is utter lunacy to act upon the belief that you can control another human being or that you can break a human being who has more capacity than you as it is not diminished in our cases and never was.

29.    As Ray and I possess actual moral authority and never once gave it up and as we never once acted for personal gain then the issue is that these men REFUSE to stand in the light of our truth as it makes them look and feel so very bad. They should feel "bad" as they participated and so they did it. Equilibrium means there will always be an accounting and that no man controls this. If you as a human turn your legal power and your moral authority into another form of energy then that accounting takes place as the universe MUST remain in equilibrium exactly as a human body remains in homeostasis; as there is only so much energy in this universe and as you must account for time as being a matter of mass or capacity or as being conscious and then humans being conscientious or of a conscience once you are devoid of a conscience then the scales of justice automatically tip in our favor. No human being controls this beyond controlling their own person and if the individuals who are the US military have not earned their commissions justly so they have no conscience they then cannot command their own person let alone anyone else. It works the same for the voters in general.

30.    Ray and I are qualified to sit in judgment of the US military as we not only earned our commissions the hardest way of all but we are unique in all of American

and world history as I have never known another human being to survive being tortured by other Americans and who managed to act in their own defense upon breaking thus surviving and even thriving after the fact as we met or equaled The Creator and so are righteous humans and Americans. We were tortured for our intellectual property and because of the injury and harm being fully realized and so becoming criminal and endemic, or, as women were denied their rights only as men irrationally placed blame upon them for their own actions. Men rationalized and justified their mentally ill and insane actions and the US military is one of the worst offenders. Some perpetrators are passive and some are active but none are innocent. Ray and I are innocent; if Ray is guilty he is only guilty of being born a man and Ray and I are both former military the only differences being I never wore a uniform although I volunteered to go to war during Desert Storm as I am exactly and perfectly designed for command while Ray did wear a uniform during the Gulf of Tonkin Action (Vietnam War) and I, Susan, have been recognized at least four times by officers of the US military as the acting, lawful Commander in Chief as we engaged in kill or be killed stand offs. We stood aside tying each other or I "won" as you meet and exceed the other person in a "game" of one upsmanship that results in life or death. You are victorious as no American ever wins or loses a war or a kill or be killed stand off. Ray and I know all of the laws of this universe and so the US and their correct interaction or application, we have the requisite life experience, we have insider knowledge and we never once defaulted. To throw stones at the military you must be w/o sin and we are.

31.    Read the letter that Longstreth wrote. He wrote this letter EXACTLY as I was in the process of invoking Marbury against PA and the Us and as my brother Charles was in the process of kidnapping my children; the date of "October 29th, 1998" is EXACTING. If you believe the ugliness that Longstreth reveals is "bad" then you need to know that the unjust men running around this nation committing high crimes and misdemeanors for the most part are ten times worse and even a hundred times worse. I happen to know Longstreth's subconscious mind and his personal truth, his problem in life, as I asked him to his face as I realized there was something "wrong" about the manner in which he presented himself versus the truth of who he is, or, *I knew he was lying through his teeth* so I asked him to his face. Karl told me that he did not know who his father is. I, Susan, knew to ask him what he meant by that as he could mean several things all different. I was told by Karl that any man on Earth might be his father; that it is not a case of his mother having sex with more than one man so not knowing or of his father abandoning him so not knowing but of his mother having sex with an absolute stranger she could never, ever identify in any way.

32.     I asked Karl if he was effected by this fact; I asked him if he thought that when he sat in a restaurant or bar that the guy sitting next to him might be his father. He said yes, that he understood this but he did not and he could not name how this harmed him psychologically. I know another exact American, a girl, whose mother has absolutely no idea who her father is so she will never be able to identify him. This is not the case for most unjust men. It's not an excuse for Karl either. Don't know who your father is? Blame James Madison, father of The Constitution. Write down his name and then argue in defense of the whole truth of you and America federally if you ever want or need to claim your commission or if you happen to make it on the ballot for President and somebody accuses you of not being natural born as you do not know who your father as you can know Madison if you want to know him. Madison is a known quantity; are you? <u>Always be prepared to argue your case federally</u> as you never know if Susan will enter a police report or a letter that you wrote, signed and exactly dated as being "October 29th, 1998 4:01 AM" as equilibrium is a b*tch, a universal *and* US law that you can never defeat.

33.     If you look you will find something very interesting about Karl's letter that speaks to the truth of all unjust men where Susan exactly is concerned: Karl writes of a time he and David and some other people crashed a WASP reunion and were caught. He then writes 'which reminds me are you still with that problem?' Karl is referring to me. I, Susan, had absolutely nothing to do with that event. You can never, ever connect me to it or blame me for you being caught. Karl is equating the idea of *being caught* with my person as I never fall for the lies or the illusion and I always catch the guilty culprit. Your disguise will never, ever fool me. This is *why* Karl connects me to him being caught in the act. He also refuses to name me by name or even "woman" as he fully knows I am not the problem and that David and he and others named are guilty as sin. By refusing to name me he is doing something worse than objectifying me as he is attempting to deny the reality of my existence to then prop himself and his own actions up as "good"; Karl dare not name me by name as then he would be forced to deal with the actual reality of me and my children versus he, himself and America. Karl dare not name me as he dare not name actual moral authority as he has none. As long as he does not name me and as long as he blames me for him being caught then whatever fantasies he makes up in his head are real for him and he can then inflict his real upon you as if it is your reality.

34.     Karl details everything I ever said these men did namely David Quinines III. The military knows these men behave as if they are hooligans and that they are wife beating, child abusers. Officers turn a blind eye as if it will magically all go away

and that's a form of denial and a conspiracy of silence itself that targets women and children. It's unjust policy. David was told by at least one Officer to cease and desist fraternizing with these clowns or they would ruin his person and his career and he refused to take this advice. He would not take it from an Officer or from me. Nobody could tell David these men were idiots devoid of any character whatsoever and in David's mind if this were true then they would not be in the military or this type of behavior must be acceptable and must be what all men do and are. David himself had no prior example. The only reason these men are tolerated by the military? Top brass has not earned their commissions; they lack a conscience as they did whatever they had to do to please a teeny, tiny minority who are not in charge of America but you can't tell these men that this small group of people is not in charge as they are all in deep denial. Top brass believes they need the permission of another man, that you seek outside approval or validation, that you allow elected and appointed officers to steal credit for your work and that you suffer only so that elected and appointed Officers can then hog all of the glory when they did nothing. They are motivated by profit and have never once abided by US law. These men truly believe they are sneaking around behind our backs and that we do not know or are stupid or that we cannot help ourselves.

35.     For the purposes of this complaint I am going to use Colin Powell as an example as he volunteered. The majority of unsuspecting Americans truly believe that Colin Powell is a paragon of liberty and justice and that is far from the actual reality of who and what Colin Powell is. Powell himself never acts unless profit is involved and he never commits to the truth.

This began in his childhood as Colin Powell himself told me so. I secured this testimony from Powell NOT from a book and not from another person. Powell said that he learned to speak Yiddish only as he worked at a store and the customer base was Jewish. Thus he only learned to speak Yiddish for profit. If you work at a store and the only reason or ration you have for learning Yiddish is to earn a profit then quit and get another job or don't learn Yiddish. Profit is never, ever a constitutional reason or just cause if you're an American. If you tell me that a family member owns the store I'll tell you that's irrelevant but if it is relevant it is worse as that's combining profit with nepotism and people pleasing as injured children seek the approval of adults. As an American you are supposed to learn thus understand that your circumstances caused the opportunity to learn Yiddish to be realized for you; to actualize this opportunity or to take full advantage of it you can never cite profit as your reason and ration. Liberty and justice is your reason and ration as mankind is sovereign over the Earth and as that's US law and our original motive and intent. If

you can reason that learning Yiddish might aid you in the future and/or teach you something that you do not know but need to learn then by all means learn Yiddish. If your only reason is "customer base" do not learn Yiddish as you are wasting the tax payer's money and you are acting upon a lethally dangerous idea, that it is perfectly okay to be motivated by profit alone. If you are rewarded for acting to personally gain a form of profit you will be conditioned and indoctrinated to then believe that is lawful and is good if you do it. *You will believe the lies you are told. You will believe the illusion.* Powell learned Yiddish only for profit.

I, Susan Herbert, learned Yiddish but not for profit. I was raised within a large community of Hasidic Jews. Seeing a Hasid walk down the street was - is - a simple fact of my life. I was also in the presence of Orthodox Jews who flood upstate NY in the summer months. I'm American and Jesus is a Jew and extremists Americans scream from the rooftops that America is a Christian nation as in religion when it is not. They do not know what US law is distilled down to its very essence or elements and they confuse religion with theology and rule with law. Also their version of history, their real, is not accurate. Their real does not match actual US history or the history of the lives of the Founders or this nation itself. My thinking was and is "Maybe if I learn Hebrew I can figure out and then solve this problem and also defeat the Nazis with finality so that genocide itself never occurs again" and "Maybe Jews know something that is universally true so that I as an American need to know it".

As I'm this exact Susan I was never going to speak actual Hebrew or Yiddish but I could learn to read and write it and I could learn what is universally true versus true only for Jews; I could then speak Hebrew as I can and will communicate ideas to people who are Jewish as we speak the same language but not with the voice box. So I set out to learn Hebrew and did using books, other people who are Jewish and other people who aren't Jewish but who know something about Judaism and then people who irrationally hate Jews for being Jewish only not as they're miserable humans and miserable Americans. Of all the things I know about Judaism and of all the Yiddish I have learned the thing you need to know as an American is about *keeping the law before your eyes.*

Hassids literally keep the law before their eyes by tying it to their foreheads. This is about self-awareness and God awareness. So take the Declaration and Constitution and scotch tape it to your forehead and you will find this only makes for blinders. If you're a licensed lawyer or you're Colin Powell scotch tape your law license or your paper commission to your forehead and you will find this is even worse for you are so blind your allegiance is to inanimate objects and to profit as that piece of paper

14

is meaningless and not necessary according to <u>Marbury</u>; you will find you are so blind that you play by rules and that you have judgment values not justice. Before you pull it off of your forehead ask yourself if you even earned that piece of paper honestly or if you secured it via unfairness and via injustice. Then move US law from the front of your face to the back of your head. This works as you can and will see clearly if you are forever *mindful of the law* so that US law is imbued in every thought, word and action. This would be John Adams' "ever vigilant". You can't possibly be ever faithful until or unless you are ever vigilant. Colin Powell cannot tell you these things thus he doesn't actually speak Yiddish; he can verbally enunciate the words known as Yiddish and can convey an idea to a person who is Jewish but he does so without deep intellectual understanding or wisdom.

I, Susan, then happened to witness Bush Jr. give a speech and at the end of this speech he flashed a gang sign that I incorrectly identified as the gang sign for Hawaii known as *hang loose*. I said so as I never participate in conspiracies of silence. I seriously and jokingly said, "Do the cops know George Bush Jr. is flashing a gang sign?" as the police take photos of gang signs and tattoos and catalogue them so that you can identify a gang member if he is operating in your neighborhood. Gang members flash gang signs so slickly that most Americans never realize what they are seeing; Tommy Pritchard can watch two people shake hands and know if they are members of a so-called secret society. I can't do that but I can recognize a gang sign when its flashed as I know sign language and I know gangs. Another American told me that I am mistaken and that Bush Jr. DID flash a gang sign only the gang would be Bohemian Grove not Hawaii. This American told me to read about Bohemian Grove and to look on the back of a one dollar bill as I would find a "hidden owl" peeking out at me and that is a Grove symbol as well as a Masonic symbol. As I know how these symbols ever came to be on US money I looked and I found this owl I had never noticed before. Then I researched Bohemian Grove.

Bohemian Grove is basically where the lunatics operating out of Washington, DC who truly believe that they control the US thus all of us meet under the cover of darkness in the woods to then do all of the things they cannot do in the public eye so you can imagine what goes on as these guys do stuff like declare baseless wars and have sex in the Oval Office in broad daylight. Bohemian Grove bills itself as a secret gathering, open only to an elite few Americans and there are no women allowed. Trust me: <u>you do not want in</u>.

Grovers feel as if they are getting away with something as nobody ever called them on it and as no outsiders are allowed inside so two intrepid Americans decided to

break into the Grove and did and then they duly reported their findings to us. When I read their first person eyewitness account I laughed. They bypassed security and attended the "opening ceremony" which consisted of burning a corpse in effigy. This is known as "the cremation of care" as in "I have zero cares; I do not care and nobody will ever know so I can act like a lunatic". Do these men mean and intend to convey the idea that it's okay to kill other humans in pursuit of profit known as pleasure? It seems as if, as they profess the belief "I have no cares and do not care" in conjunction with the burning of a corpse that resembles a human being. It's NOT political protest. The problem with this is behind the burning effigy is a statue of a giant owl so I laughed as YES, there is zero wisdom here.

Then another American told me to go listen to some newly released tapes of Nixon as on one of these tapes 100% all man Richard Milhouse Nixon is heard saying, 'Bohemian Grove is the faggiest damn thing'. Correct as Nixon is identifying the confusion of human sexuality with the act of sex and romantic love with brotherly love. I was on the floor. If Richard Nixon doesn't want to be near you or seen with you, if even Nixon won't hang out with you, then what is wrong with you as Nixon became a criminal and Nixon has my capacity but he threw it away? These men do not know they are fools.

One of the events I uncovered in my research of the Grove is that Colin Powell attended and gave a speech on the nuclear policy of the US thus he violated US law and US case law as you are never, ever to conduct the business of government at any private function that is exclusive. If Powell tells me that he was "only a voter" when he did this it matters not but he was not only a voter. Powell actually violated law and he may have committed a crime as he knew it when he did it; Powell appeared when almost all Americans are shut out and when no women are allowed in at all and he gave a speech on POLICY of the US government. Powell did this on spec only to secure the approval of the Grovers thereby securing future political favor and he secured it alright. Powell was not only the Chief of the Joint Chiefs but later the Secretary of State.

None of it was earned; all of it was a matter of favoritism, overly broad privilege and political cronyism. Powell caved to the political whim and will of unjust men, as his thinking is you cannot get in and cannot advance w/o stealing, cheating and lying. You know, 'Some politicization is okay'. His thinking is you MUST participate with corruption and criminal activity, that there are no consequences and that it is perfectly okay for him to do this as he is rewarded and has your approval as you laud him when all you are lauding is an illusion. His words and actions prove his thinking.

16

Proof would be a book entitled "Decision Points" by Bush Jr. and Powell's own testimony. In this book (do not get me started on its 'title' ) Bush Jr. states that he went to Powell with a decision regarding the Iraq War and "Never commit to the whole, actual truth Powell" said something like 'I'm with you'. That's it! On a Sunday news show Powell himself confirmed this is fact and true. Powell told the same history only from his point of view. Both accounts match. I know so much about Powell and all of this that I, Susan, cannot consider that Powell is not lying with intent to deceive us at times such as with his antics at the Grove or when he says 'I'm with you' is all he knows. You can never, ever tell me that Powell made a mistake as you do not become Joint Chief or Secretary of State at this time and this place and escape any and all consequences by mistake and only reap unearned, unjust rewards by mistake. I can't consider that Colin Powell is truly as dumb as he expects me to believe he is. It's precisely because I believe the opposite of dumb that I can't consider Powell is an innocent babe in the woods. The woods have a name: Bohemian Grove.

Then Powell said that his decision not to run for President is based upon the state of his wife's mental health. He blamed her. If Colin Powell is not running for President it's about him not his wife and if his wife does have mental health issues its because she has witnessed unjust men act in complete violation of US law while they pretend they do not and then she watched Americans believe this nonsense. If her experience of life is incongruency and inconsistency where US law is concerned she just might have mental health issues and Colin Powell is accountable and responsible but saying it's his wife's fault he can't or won't run for President is an excuse plain and simple.

As for Powell's speech on the nuclear policy of the US at the Grove? Other unjust men use his example to rationalize and justify their own actions. Nobody needs to be acting upon policy, unjust by its very nature, if they know the law of the US and this universe and are willing to abide by it. One of the people I would never, ever take advice on nuclear physics from is Colin Powell as he does not know anything about nuclear physics and everything he does purport to know is WRONG. He might know all about the policy of unjust men but he knows nothing about nuclear physics. The person in the US who is THE expert where nuclear physics is concerned is I, Susan, as I resolved Uniformity and I knew something that even Ray Morton did not know. If you ever wonder *why* the people in DC are so insane and *why* the US military is so demoralized its because they do things like hide in the woods and take

17

advice on nuclear physics and so nuclear policy of the US from Colin Powell. It's a case of the deliberately blind leading the passively blind or so I truly believe.

36.     I will also use Mike Mullin as an example as he too volunteered. Mullin is the outgoing Joint Chief of the Joint Chiefs, the most recent one I engaged. I was told he was "out of the country" or that he is alien and foreign to the country and he is as chain of command was severed and landed at the Joint Chief who apparently delusionally believes that he is the Commander in Chief although that would make him a military dictator. I'm a civilian; my case NEVER should have gone to the Pentagon but it did. Civilians go to SCOTUS while those in uniform go through the military; you only cross over if you stand down the sitting President and/or Commander. A civilian would leave SCOTUS and then enact the actual, legal and correct military chain of command that isn't the 26th Amendment. A uniformed member of the military does the opposite, surrendering his commission upon standing down the Commander so that he or she is now a civilian and then trotting on over to SCOTUS to have it publicly acknowledged as you must issue the order in person or else its no good. I have not once, not ever witnessed Mullin do this and he never, ever issued the order in public. You cannot tell Mullin or any Joint Chief that they are not in charge of the military and that legally they have zero power and authority and are fired as of November 5th, 2008, as the US and so every one of them defaulted.

Does Mike Mullin know that we do not have a military commander? YES. Did Ray and I prove absolutely that you cannot possibly get in unless you agree to diminish your capacity by participating in what you know to be unlawful and so unethical and illogical? YES. In Ray's case a person confessed that an appointment was politicized so no actual applications were being considered, or, the appointment was not about merit. In Sioux City I entered the facts concerning Kenneth Lay's political contributions versus the appointments that arose from it or that are connected to Lay; at one point 40% of an energy commission was the product of Lay's money according to the records.   I quoted a self-aggrandizing book entitled "The Revolution Will Not Be Televised". Politicization: How is any of this just if most of your population is shut out of the political process?

I contacted Mullin and gave him all the information he needed to then act according to the law and he denied reality. *What interest is he "protecting"?* Mullins is not liberated, independent or sovereign but co-dependent and that never serves anybody well. Like you can't tell Powell that he's no Secretary of State you can't tell Mullins that he's no Joint Chief as they're lording over a very small group in

18

reality. A tiny 1% is attempting to control the other 99%. I'm not lying about his service record; I'm not disputing the actual fact; I'm telling the part of the truth that's not on anyone's service record. Lying about a service record IS a judgment value as the question becomes are you qualified to judge me? Is Dan Rather qualified to sit in judgment of <u>my actions and me?</u> NOT if I was ever in Laos with the CIA or if I fought in Korea but: Are you qualified to pull the trigger? In this case I am.

You can't tell Mullins that his *actions* are illegal as he's standing upon Executive Order 100 and what are technicalities; you can't tell him his basis is not reason and is not ration so that his actions aren't and merit isn't. You can't tell him that his very way of *thinking* is messed up as he acts upon what he thinks or what he truly believes. You can't tell Mullins that he's politicized and politicization not politics in general is, by its very nature, co-dependent. Co-dependency is not then merit; how are you the Joint Chief standing upon anything but your own merit??? You *can't*. You *aren't*. You're: Out of the country. Otherwise you'd be in SCOTUS. I believe Mullins like Powell is waiting for somebody to write it down on paper for him as then, it's real! Pieces of paper contain 1% of your actual service record, if that. 99% of your service record isn't written down anywhere. If I could reduce your human dignity down to a piece of paper you'd be in trouble.

37.    Bob M. of JAG may be the most interesting example of how the injury and harm is realized. Bob M. did not understand a coup had already occurred and that you never allow someone to steal credit for your work nor do you blindly give them credit for your work when you earned it and they did not nor do they have the ability or capacity. Bob M. had mistaken, false and wholly illogical preconceived ideas and beliefs; when I asked him why he was willing to violate the law he said because he was out to prevent Hilary Clinton from assuming Command. I was stunned; not only was Hilary Clinton's name not mentioned but it was not even possible for her to be in the chain of command. Bob M. made a wholly illogical assumption so that for his entire career he has been acting upon the assumption of the truth versus the assumption of the risk and that's wrong as it's the presumption of the truth versus the assumption of the risk. Why would I do all of the work and let a totally incapable person in deep denial steal credit and glory for it? Why would I ever give my commission away to a totally incompetent person man or woman? Why would I ever give away the commission that I earned all by myself upon my own hard work and almost superhuman effort? In Bob M's head that's all he knows; in his mind you make a selfless sacrifice but then an appointed or elected officer like Obama Jr. who isn't even an American at all then gets all of the credit. Bob M. believed it always was that way so always will be when in America it was not that way in the

beginning. He also believed you do not reason your vote but cast it for a woman only as you are one; in his head you CAN'T earn the commission via the process as he knows nobody abides by any process except what is personal.

I shattered his mistaken beliefs one by one starting with, 'Thank God as I'm out to prevent Hilary Clinton from assuming command too. But I'm also out to stop the BVG lawyers, John Roberts and Bush Jr. Bob M., _why_ would I stand down the Chief Justice and then the President of the US only to then give HILARY CLINTON a commission that I, SUSAN HERBERT earned?' Bob M's mistaken beliefs are completely tied up with the idea of combat as Commander is a combat position. Unjust men in the military truly believe if they can keep a woman from commanding then they can control The People. This also allows them to keep avoiding accountability and responsibility. In the case of Bob M. this caused him to reason his position absolutely and wholly illogically and so against US law and chain of command theory; it caused him to adopt an incorrect definition or concept regarding honor as honor is not what he has been exposed to; honor is the opposite. There is what I refer to as a _plaintive wail_ all human beings emit when they come to surrender to the truth; I myself heard Bob M. issue this and I myself heard Susan Clemons issue the same wail. I have heard it over and over again as people confront their mistaken beliefs some of which they adopt in their own heads as if they are reality when they are only real for that person.

38.   If Bob M. who told me the truth does not know what honor is or is not then who's ultimately responsible? The Joint Chiefs, the Cabinet and the President. After Bob M. confessed as you confess not admit when your victim confronts you and you only admit when a third party who was not present and is not the victim accuses you, then you find fault with the people acting against the law who do so with intent to deceive for personal gain. Ultimately these people have the most responsibility once you account for personal responsibility and these people must meet a strict standard they cannot so much as name. That's what rank _is_: a stricter standard based upon ability and capacity. When you act upon the PRESUMPTION OF THE WHOLE TRUTH OF US LAW versus the ASSUMPTION OF THE RISK OF DEATH there should be zero difference or else you have not correctly calculated the risk or you do not possess actual faith; you do not have a contract with me and you do not know the truth. Unjust men keep telling Ray and I that they assumed the risk when they did not. They have no realistic idea of the risk or they have a false sense of safety and death; they assume not presume. Your presumption MUST be based upon reason and ration, upon fact and law. And then calculating the correct risk is not then actually assuming it. This is intrinsically connected to Marbury.

20