39.    Bradley Manning is one of these kids who joined the military and who very quickly became disillusioned but his issues don't begin in the military. I have taken testimony from several people who joined the military and soon discovered that they had been deluded and defrauded, as the military was not abiding by the very principles they claimed to abide by such as God, country and family. Manning is guilty of something but not what the military claims. Manning's story, his history, is fascinating. The People first heard "espionage" and "treason" via the press but the military said what Manning did is wrong or criminal as he jeopardized Iraqi civilians. This is bunk. There is no such thing as an innocent bystander. Iraq's problem, what was happening in Iraq before we ever set foot there, is their own fault. It is as Augustine said and my own experience of life is 'the only thing weak about children is the weakness of their limbs' thus even children aren't "innocent bystanders". Any Iraqi civilian who offers information to the US must do so as our own Hale did as you must understand fighting in defense of an actual cause, your own cause, carries with it the intrinsic, inherent risk of death; if you are caught you will be tortured and/or killed so you must understand death *is* as you set out to do whatever you're doing to aid the US thus yourselves. Iraqis must learn that the US military does not keep them safe exactly as a gun, badge or bomb does not keep them safe as they keep their own selves safe. Telling Ray and I it's about *Iraqi civilians* is ridiculous.

The information Manning downloaded regarding the military in no way, shape, manner or form harmed the military; he did not turn on anybody he served with. The truth of any military and any war is in the logistics and I do not mean body count. I looked at what Manning gave up regarding the military and then I listened to several experts and we agree: This information is mostly mundane but that's what maintaining an army and war is for the most part. For instance, I have to feed, clothe and house 300 million Americans and then I have to educate and train them plus move them. You deal with things like supplies and chain of command and how it all works together. Every expert that I took testimony from stated that the actual value of this information is that for the very first time scientists can dissect what maintaining an army during an actual war entails in real time and how chain of command works in real time; they told me that for the first time they can choose blocks of time and examine it to see how this all works in actual reality in consideration of linear time and so they can know absolutes within the whole. They can book keep and account for energy like never before. Every one of them said the military was not compromised and that this information is useful in that ultimately it could HELP the military.

When the issues Manning was dealing with became personal he kept them personal. Manning released the memos he released in order to prove to Americans that the elected and appointed officers running this show are not who they pretend to be; Manning has said he was sickened - heart sick - as the behavior of these people and the military itself is conditional and dependent upon personal gain and politics as in the wrong kind of politics. In his own life the issues of brotherly love were being cross wired with romantic love as was control and authority.   Seemingly powerful people engaged him to get this information; in actuality they abused power for their own gain at his expense.   You cannot read the email exchanges between he and Julian Assange and consider anything else; to date I have no cause to doubt the validity of those emails. You had a desperate kid take desperate action and he had help but he, Manning, did not turn on the military.

Those memos name names like Hilary Clinton so what is actually happening is the military is protecting the hand that it perceives and believes to be feeding it as reality is the people named in the memos do not want Americans to know what they do behind closed doors and so in private and that they have a presented, public persona and then a core self and it is as if they are two different people as they are so corrupted. You do not understand what I mean when I say "two different people": When you deal with this type of person who has taken the lie they are telling this far it's as if these people are schizophrenic or as if they have split personalities as there's such a massive difference between who they actually are versus what they present to you; it's a form of self-hatred. The very first time I dealt with this I knew the other person was sane but if I did not know this I would be left wondering. It's that stunning when it reveals itself. Usually these people, egomaniacs, are in absolute control of their environment so if you somehow prevent them from controlling their world this difference surfaces as they lose control. The People have a protected right to know and they have been denied this right. If you read these memos and you yet vote for these people then you deserve anything that happens to you because of your vote, as you can never say you did not know. The US military has zero business protecting these people especially as default is. The military cannot separate what Manning did as a solider and then as a citizen; it cannot separate the action Manning took to release information about the military versus the action he took to release those memos re other, paid officers.

I have not yet heard a single person name the correct charge.

In all of these examples you're witnessing the injury and harm being made real in a human being. It's not the actuality of who and what they are but only whatever

22

injustice and their own thoughts, words and deeds made real. It's not _possible_ that they abided by US or universal law. My problem is: Even if you did not know the universal law at work did you know US law? YES.

My scientific prediction regarding the behavior of nature is: If you place Powell, Mullin or Bob M. in a court room up against Obama, a NBPD officer or my neighbor so that they have no control over anyone or anything but their own person you will witness radically different behavior between the two groups as the former group has an idea and/or a whole concept in their heads that the latter group does not. I can ask a single question and demonstrate this. It's no happy accident that the former group is military.

40.     Reflexive shooting is now being taught to recruits. This may be one of the worst actions the military took; that is it may be the thing we must give greatest eight to when reasoning how the military came to have no moral center and really, no ethic. Reflexive shooting is when you shoot w/o reasoning your shot; you merely shoot - automatically, or, without thinking. Reflexive shooting began in the Korean War as it was discovered that if soldiers did this the body count was lowered by a certain percentage so it slowly took over but the Vietnam War is when the military moved to 100% reflexive shooting. The war was so unpopular that the military felt it NEEDED to keep the casualty rate as low as possible so it began to teach recruits to shoot reflexively 100% of the time to appease The People and elected and appointed officers. If you teach recruits to shoot reflexively what you do is remove the complex moral and ethical decision making process and you defraud and delude recruits as they do not then have a realistic idea as to what war actually is or what the risk of death actually is.

You know what else you do? You cause The People to have a false sense of reality as Americans are insane if they believe war is not potentially 100% lethal. Americans and indeed Congress began to accept war as if our normal state is incessant, unending war and they do not have realistic ideas as to the very nature of war or what war entails. Americans are so far removed from reality it's as if we can go to war and not one American will be killed and as if we win and lose a war when America always and forever "loses" a war as we do not colonize other nations. If even one American is scratched or nicked by a bullet we have lost. War is as Washington said a case of "victory or death". One of the reasons the military became so defensive and began to sneak around and then to blindly obey is _because_ the ideas Americans have about the actual reality of the military and of war are delusional and even insane; they have zero realistic ideas. This extends to military

academies. The People have no realistic idea and The People are the military so then the military has no realistic idea.

There are always going to be some actions the military takes that American do not personally like most especially dealing with their issues on their own as that's about solving your own problems in life. For instance if a recruit who has no business being in the military enters as the military began recruiting the exact personality type that they should not and they lost the ability to recognize predators, its the people who serve with that person who should deal with it and see to it that that person is contained and is known for who and what he is. I, Susan, know the exact place, time and date the US military lost the ability to discern the truth regarding character as my own father was there and named it exactly. The place was Ft. Hood shortly after the Korean War ended as my father was drafted but never saw action. I can tell the military all of the details and I can teach them how to recognize a certain type of manipulator and then all predators as predators hide behind uniforms and one type of predator is always and forever lethal and not even the military can help this type of predator. If you think the recent shootings at Ft. Hood are a coincidence they are not as my own father named it. My own father was ground zero and knew it. How did my father and I ever come to discuss this? I had zero knowledge of this but I nailed the exact person my father and those he served with nailed as this person came to work as a cop. Because I called this man out in public my father then had to warn me as that placed me in danger as I was a child. My father told me something that came to be very important and helped me enter SCOTUS directly: This exact type of predator? You might want him in a uniform if that's his price as if he knows that men around him know then he will only go so far and stop as he MUST keep that uniform at all costs; he is nothing w/o it so all you do is imply you can and will see to it that he will lose that uniform and so he never gains custody of your person as all predators seek to gain custody of your person w/o you ever knowing it. This isn't an unsupported threat as my father and these same men took this exact predator out once so they'll act to do it again. You're *reminding* him of shared history that you both lived. You know, like I remind Barack Obama Jr. that I was there so I'm an eyewitness? If you notice I do not – NOT – claim to be an eyewitness to Powell. We share an experience re Judaism as we both speak Yiddish but I was not there with him. There's a difference. **Predators who seek a military uniform do so as it's about absolute power and absolute control in the extreme.**

41.     I do not care what any Justice says as the actual reasoning to not allow photographic equipment inside SCOTUS is because the memory of the actual historical event is yours; you lived it or you are living with the resultant effects

thereof. If you allow "memory thieves" to photograph the event, are you acting upon and so recalling your own memory and your own life experience or have you merely seen a photo so many times that the photo replaces your memory thus becomes a stand in for your memory and experience? What if a narrator places a written caption or voice over on the photo or film? Are you then acting upon your own truth or that other person's truth? You ARE the Constitution; you live it. To own knowledge you act in the moment; to come to own wisdom you process or incorporate that life experience into your whole body of knowledge. Physical reality, emotional reality and metaphysical reality must be in alignment and must match universal law in order for you to be wise. You must negate the human subconscious mind as much as possible or entirely. Only then are you in command of your own self and so acting upon the whole truth not another persons wants. There are THREE not two parts to <u>Marbury</u>: 1, What did you know? 2, When did you know it? And 3, When did you first act upon it?

42.     Since I first began charging the US with aspiration to death and I cited the Medal of Honor had becoming or being 100% fatal as my absolute proof of death, the Medal of Honor has now been awarded to living persons. That's the result of my hard work. Not the act of bravery but the awarding of this medal to living people. I'm not letting Obama or Congress steal credit for my work; I'm not giving them credit. Medals are meaningless unless you own the knowledge that I own as wisdom and nobody in DC is actually brave or courageous. When I set out to do what I did in life I fully understood it would result in my own death; I was born knowing that I would not live past the age of 40 so I never once allowed myself to think past that age as that would be delusional thinking on my part. If you acted to give me a medal as I survived torture and did not break and then I did die but what I experienced is the living death and the sacred experience known as Philadelphia and so I did enter SCOTUS directly and restore US law, you may not. I did not DO anything. All I did was stand aside The Creator and make the decision to actively return to this Earth-bound existence as I did know I would die but not that I would live so I was not afraid. This was not my first brush with death only my first entre into death. When everything is taken away, when all you knew and once believed is now gone or dissolved forever and all you have left is your own person and your own faith in yourself as a human being and as an American, then you DO something. You know the whole truth so now you can act upon the whole truth. All any medal of honor winner does is act in the moment; it's not a matter of DOING anything as you can't know that first time in the moment. You process the experience ex post facto as then you ask yourself *why* and *why me*? Once you overcome this obstacle then you know so then you DO something; you...do it again.

If you want to give me a Medal of Honor to me for confronting and then defeating my greatest fear thus divesting myself of original sin when I acted with full knowing and willingness? You may not as that second time I had no idea how great the actual risk was. I truly believed I knew as I assumed the correct risk over and over in my life until I experienced death. In hindsight I did DO something but I did not have a realistic idea as to how massively large this risk actually was as I could never know unless I assumed it in this fashion. What I did not know is that I was about to break under torture and that to survive I was going to have to pull off one of the most incredible acts of self-defense imaginable, so incredible that only 2 human beings besides me are known to have done this with only one assuming the actual risk: Adam and Jesus of Nazareth. Until I did it and survived and did not become catatonic I had no idea that I was about to look upon the face of God and that only two other human beings are known to have seen the face of God, Adam and Jesus.

Moses asked to see a symbolic representation of God; what you see is a symbolic representation of the actual nature of infinity and infinity is such a huge concept that you test and stress the limits of your puny human intellectual capacity. If you do not possess the capacity to comprehend what you are experiencing you cannot process it so you veer into catatonia. I could grasp what I was witnessing and I could handle it so I was able to act. I knew: *The actual reality of time itself* as that's symbolism that I would understand and I did. Moses saw this same horrific sight and turned away exactly like Hawaiians describe when they describe the "Night Marchers". I did not ask to see God so I did not know I was about to see God as breaking under this type of extreme torture accesses the very deepest subconscious mind, the godspark itself, so like a moron I did not look away but instead actively stood down Lucifer and so aside God once more. My greatest fear dissolved and with it so did original sin and I physically felt it happen. The state of being we refer to as catatonic is akin to the void. If I had veered into this state it would be like being in hell. Only after I did this did I possess the human ability to correctly calculate the actual risk involved and the number blew me away. If you knew the risk, the actual risk, would you go here? Hawaiians do not risk this and you should not unless you are prepared or unless you experience the living death firstly. What I couldn't calculate was how large my own ability and capacity *is*.

So then, when did I first act upon full knowing, full willingness and full deliberation? When did I actually presume the truth versus assume the risk upon knowing the exacting whole truth? You may never understand this but that moment came when I phoned Ray and asked him the trillion dollar question as he's the only person on this

planet who could answer me. I knew what Ray would say in answer to my question. As long as I never asked Ray out loud and never heard Ray answer me then I could hide behind Thomas Jefferson and Ray himself. I could blame James Madison. I was not denying reality; I knew I could never go here until a very exacting point or else I would never be able to live my life or do what I had to do. Being able to hide behind Jefferson allowed me to own something intellectually and as wisdom but that wisdom would never be actualized until or unless I asked Ray this question. Once I ask this question I can never go back and never give Jefferson credit for my work; I would have to stand alone not in America and not on Earth but in this universe. This was never my plan; my plan was to leave this work behind me and so have it "discovered" after I physically exhausted my body via old age. I like the liberty and the concordant freedom of acting in obscurity; I do not need outside validation as at an early age I understood the term is you work to please The Creator thus yourself not anybody else so as long as you aren't paying me money then all of my attempts are my best.

You do not understand what it is to not have any realistic idea of your own intelligence and I never will have any realistic idea of it; you do not understand how very easy everything came to me in life and how even in tragedy it was not "work" for me as it would be for you. The only time in life I had to do actual work? When I survived the living death and so had a life beyond age 40 but seemingly lost the human ability to write formally as that's an affectation for me. I could not write at all due to a crushed hand but then even after I learned I could not write formally. So I had to work but today I know I never would have discovered that I was taking two qualities of my person, genius and wisdom, for granted and that only I knew Jefferson's *oscillating rod* method is the answer to Newton's federal question. I came to learn that The Creator had to handicap me so I would come to know but also so you would have a fighting chance against me as the only thing more dangerous than me would be a me who could write formally as I would not only trump you in person but also in writing; you would not be able to meet me at the bar. The Creator handicapped me as: Equilibrium will get you every time.

As it is or as things are now I can and will mop the floor of SCOTUS with John Roberts in person but as I am no fool I know based upon Roberts having had a seizure and his opinion issued in the form or voice of Mike Hammer's Mickey Spillane that he, Roberts, can and will turn right around and mop the floor with me using his paper. Ray Morton and John Roberts have an ability that I do not as they can translate something to paper that I can only translate using the spoken word. But Roberts is lethally dangerous as he does what I do, he tells a joke thus the whole

truth by perverting every single solitary concept of America and so liberty and justice that you ever had. Go look at that case; look at who the litigants are and the subject and then Roberts opinion. *He's sitting as the Chief Justice.* Then go watch Darrin McGavin in the old Mike Hammer TV show; all that shocks me is that both Darrin McGavin and John Roberts got away with the same thing I did as you'd think American puritans would be screaming but now I know: They do not understand what they have just experienced. On my best day ever I would not walk into any federal courthouse acting upon the idea that no federal judge can meet me and exceed me on paper and I would never, ever make the attempt to get one over on Roberts on paper as he has something much more deadly than a comma that he can deploy against me: A like talent that he turned into a skill set and that he can translate onto pieces of paper. It's uniquely American.

Ray can do this distinctly and uniquely as Ray can't tell jokes as he needs to learn how to play and how to have fun; men tend to absolute everything to death as they are absolute thinkers and so logic not theoretical thinking is what they do better than women. Thus all a left brained, male dominated educational system does is give women the edge as it "forces" us to use a part of our brain we tend not to rely upon while men are never made to use right brained skills. Men usually do not develop those skills; actual bloody war and constitutional war is supposed to be the means for men to develop these skills and Ray did but Ray is very, very formal or professional; the exacting absolutes are important to him in a way they are not to me. It's difficult for Ray to tell a joke about something so serious and he takes your word exactly literally in writing. Ray translated the correct, actual reality or good science known as multidimensional space to paper, something I cannot do. If I ask Ray *the* question then I am alone in this universe. So I deliberately summoned up the courage and exactly knowing the risk I phoned him early one morning; I called early on purpose. I said, "Ray, did you know about Jefferson and Newton?" He said what I knew he'd say; he told me the truth: NO. That's the action you may give me a Medal of Honor for and you cannot understand this until or unless you go here as now there is nothing I can hide behind, not even Ray. I did it, I'm responsible and it's my own work so the credit goes to me not to Jefferson. I'm once is a universe; I'm an absolute cause that's a part of the whole chain of causation and I know it.

Only Ray has the piece of me that you are never going to get unless you make the memory your own self via the experience of life and death. You CAN'T capture this in any photograph or with a medal. In this way a Medal of Honor is worthless as be it for five seconds or 30 years once you know you are dead then your life is no more so its what comes after not that medal and maybe not that exact moment that defines

you. Once this happens to you, once you act to do it thus go here, anything you ever imagined for yourself is gone; it is no more. Any idea you ever had for your life even a second before you acted is gone and so now you have to find a way to continue w/o any example at all as it is unique to you and you alone. If you do it once you know you can do it every time so it might seem as if the event that caused you to receive a Medal of Honor is the defining moment of your life but it is not. It's what you then do upon your own will and liberty and with the exacting knowledge and wisdom that counts and nobody gets a medal for that. That would be like awarding a second Medal of Honor for receiving a Medal of Honor in the first place; it's a cause of the first cause case. John Kerry does this, John Kerry was awarded the same Medal of Honor again ONLY as it was given to him in the first place and wrongly so or so I know and then he parlayed that into a run for President. Actual Americans and actual Medal of Honor recipients do not get an award for discerning the actual meaning and purpose of their own lives. There's no parlaying of their vote thus no negotiation where their life is concerned. Nobody forced me to enter SCOTUS; I did it on my own volition and after God showed me a symbolic representation of the actual level of difficulty: Endless mountain ranges, whole mountain ranges.

43.     I told Ray that I would snail mail him and I did, as I have to draw the line of demarcation somewhere and this is it. Ray told me a few things in that call and one of them is that he is like Benedict Arnold lying wounded in his bed in Quebec City. He said that the problem is you have to fire everyone; I already did fire them all but you have to tell them the news via informing them in court or else they will deny reality until WWIII is on, here inside America; then Ray told me something absolutely shocking to me in regards to a statement that I made. I told him that he HAD to do something. In actuality we were trading off as Chief Justice and Commander. *Had* as in for his own good not force. He told me he COULDN'T do something as he was "in bed" and he had a "project". It was his exact words and the tone he used; I know Ray. Ray can do anything. I am at a loss to name one thing Ray cannot do except have a baby. I heard *"Benedict Arnold in Quebec; Arnold saying at Saratoga as Gates was a glory hound who never exposed himself to the danger of the actual battlefield 'It would be better if I had been shot in the heart' "*. Ray and I have been sending specially engraved invites to the corrupted and criminally corrupted for years now exactly like Arnold did at Quebec and every single one of them is too cowardly to respond. We've been lying here wounded having been shot in the heart and these people will not confront us nor accord us our right to confront them in open court. So this is where I draw the line, when I hear Ray Morton tell me that he CAN'T do something as he's losing hope as I made him an honor bound promise and I fully intend to keep it by any means necessary. I did snail

mail Ray; one of the things I told him? "It's the things you tell me in your official capacity as Commander in Chief that I can't consider."

44.     As the only way you come to own knowledge and then wisdom is via life experience aka participation and you live in a participatory Republic then by refusing to allow the citizens to participate in court or by holding offices other than their vote you then diminish the capacity of your citizens thus nations like China begin to rise and to harm America. However as US law as designed by the Founders to be failsafe then the structure of the law allows citizens to participate in such a way all you are doing is harming your own selves; then as there is no hierarchy in US law as we are all equal then power consolidates in one branch but then moves or jumps laterally to other branches eventually landing at or in The People and you cannot possibly contain every single solitary citizen exactly as you did not contain us this time around. As of Petitions 07-9804 & 08-6622 the seat of government and law or the seat of power is wherever we are exactly as is the seat of particle physics. One vote contains the potential of 300 million votes like one atom contains the potential of one bomb.

45.     Some people believe Barack Obama Jr. is a natural born American so is the Commander. They blindly believe everything he says. They are injured and harmed. *See other suit, 11-CV-1869.* Absolute proof is that Barack Obama Jr. asked a living Medal of Honor recipient to the Whitehouse to talk about his experience. In actual reality it was nothing more than a photo op for Obama Jr. so in effect he is stealing credit for this kid's work. That photo becomes your memory, get it? Obama Jr. is seen sharing a beer with this kid as if he can and does understand this experience of life, as if he can and does relate when he does not at all in any way. You're being forced to lend your belief to Obama Jr., when he did not earn a thing, he is not natural born, he cannot think in theoretical terms, he does not have ideas of his own and when he never assumed any risk at all as he's always securing favor and overly broad privilege. It's conditioning and also a form of propaganda as Obama forever takes the short cut and never, ever acts on his own accord. Obama Jr. then cannot possibly relate. NY Magazine recently printed an article around the same time this event occurred and states that the Whitehouse was sending the message to the NY times that it, the Whitehouse, would (italics their own), "*rebrand* the President as a pragmatic problem solver prepared to set aside ideology"! *NY Magazine, Page 34, October 3, 2011.* So then, Obama *is* engaged in ideological warfare only the ideas are not his but are the collective ideas of people known as "the Whitehouse" thus Obama cannot solve any problems? NY Magazine said, "*Rebrand?* That *is* the Obama brand. Surely someone at even this Whitehouse must

recognize that it is in danger of being recalled by the voters". YES, they not it are in danger and they know it via the recall vote aka the directly entered authority case as cases of treason and/or admiralty are heard in SCOTUS. <u>Obama Jr. is not the Commander as it's not even possible</u>. This photograph is Obama's and the Whitehouse's idea of re-branding the current idea you have of who and what Obama is; all Obama does is constantly *rebrand* himself as he's everything to everyone and as he has no morals or an ethic; Obama Jr. and all of the others involved are using this kid when he is unknowing and unsuspecting. He could not possibly give Obama consent or not as he did not have all of the facts. This act is akin to rape only you and this kid do not know that you're being raped. You do not know this is an issue about control not authority until it turns or becomes a bloody, physical injury.

Let's pretend it is possible for Obama Jr. to be legal and that BVG never happened; would any actual Commander who did actually assume the risk ask a Medal of Honor recipient to put this piece of himself on public display so that those who did not earn it could co-opt it for their own personal gain? Would he or she ever take photos? Would he or she ever want a photograph to replace the actual memory thus experience that person and you had of the historical event/s? Would he or she ever attempt to violate law of this universe by acting unethically and by denying the reality of the existent relationship between time and human memory? A Medal of Honor recipient might give living testimony but only as other Americans can relate, only as a cautionary tale regarding actual reality or only as he or she is attempting to discern the whole truth of the meaning and purpose of being alive and being American not as a photo op for a perpetually campaigning Executive and/or in support of a usurper and traitor who cannot relate and who refuses to abide by US law.

I could enter thousands of pages of violations I know of; the above are examples of how you perceive and so believe the illusion of the image created by ego being projected at you rather than the actual reality of the people who are the military or who are any so-called authority figure. Actual authorities do not seek to control you via force or at all. They do not lie to themselves or to you.

If this court believes that there is nothing wrong with the US military and that you cannot call it on its actions I say that you must as that's the one and only way to heal the injury as the people who are the military must acknowledge actual reality and begin asking their own person the tough questions and so begin having the conversation with The Creator that they never had. Read Karl's letter and tell Ray and I nothing is wrong with these men. Think back as to how Obama Jr. claimed via

a book that he did not write as Bill Ayers wrote it that BOTH Jefferson and Augustine are his personal heroes. What is presented Obama Jr. versus core Obama Jr.? What's the difference between the image projected at you and the truth of who and what Obama is? What the US military is? What the police are? Ideally there should be zero difference. There should be truth in advertising where there is none currently except for this suit and 11-CV-1869. There's no ethical core.

Perhaps the moral of this history is that if you are going to impersonate an Officer of the US military and/or you are going to claim two of the greatest thinkers mankind ever produced as your heroes that you should first become acquainted with the actual reality of it all as there is certain to be at least one American out there who actually assumed the risk and who knows all about Jefferson's oscillating rod and Augustine's theory of time that is good as he correctly connected time to human memory thus the godspark. Perhaps the moral of this history is America was bound to produce yet another "greatest thinker of all time" and so you might provoke that American.

46.    I and the other members of the class and then this exact class consisting of myself, my sons Ethan and Christopher and Ray Morton are acting upon the presumption of the whole truth of US law thus this universe versus the actual, correctly calculated assumption of the risk; we are not assuming the truth but presuming it according to law and assuming the risk. Americans including judges, lawyers, the wealthy and other paid officers have it backwards as they assume the truth to then presume the risk, presuming they are immune from injury and harm when that is delusional. Ray and I do not by our very natures assume anything as we have no need to and as we can't as we know all of the laws at work and we have the life experience. I will repeat what we stated in 11-CV-1869: Nobody should ever be assuming anything most especially federal judges. Acting upon the presumption of the whole truth of US law and so universal law as the Founders defined it originally versus assuming the actual risk of death is then actual faith and we have it. For Ray and I faith seems to be inviolate.

47.    Since I filed 11-CV-1869 I, Susan, have learned something about my unique hearing as I do not hear tone in my left ear; I do not hear what you know of as "bass" in my left ear and do not hear what you know of as "treble" in my right ear and this has to do with not only left/right thinking and the biological distinction between men and women. This was discovered during a hearing test using a tuning fork; I hear off of the human scale but uniquely so as I should be deaf but am not. In the Merk Manual this test is described; it is known as the Rinne test and Weber test. It's

about air conduction deafness and sensory nerve deafness neither of which I have or am but I should be according to the "authority". The Weber test is also known as the *lateralization test* as the patient is asked on which side he or she hears the tuning fork more clearly. I did not and do not hear the tuning fork at all in my left ear thus I tested positive for deafness, for air conduction deafness and unilateral sensory nerve deafness but I am not deaf at all and so this absolutely proves that so-called authorities and authoritative textbooks are wrong - <u>wrong</u> - and that I am using both halves of my brain simultaneously and also using a part of my brain that other humans are not using; I know exactly what part that is as I felt those neurons light up upon leveling the universe by re-reasoning Roe V Wade. I leveled the playing field between myself and The Creator so it's equitable not exactly equal.

48.    Lawyers some of whom are judges do not understand that exactly like the yeoman class who used longbows arose out of the class of serfs that the class known as licensed lawyers arose out of serf-like voters as a form of sharecropping was forced upon us as of 1871. You are owned by a king, an oligarchy or dictator, if you're subjected to share cropping and it's a state of lawlessness as you act upon the whim and will of the ruler/s. Lawyers subjected their own selves to a form of slavery and enforced helplessness and powerlessness via the two party monopoly as the alternative party/s and the independent voter is a lie as the Tea Party and the like sponsoring and so installing via purchase the very same people who are already in power and who harm us over and over again but yet then expect different results IS the very definition of insanity; it's anything but independent. I do not now and **never did hold membership in any political party.**

49.    FL illegally and in violation of the law, case law and their very own rules moved the primary date once more. This action was devoid of any EP&DP; there's zero equality and no process. Party rules do not allow for this and the head of the Republican Party in FL was on television actively campaigning to violate US law and his own party's rules, which they did. This is the second time FL has done this. This is criminal and this is why I filed and directly entered a criminal charge of treason to SCOTUS as well as argued admiralty law as that first human to migrate had to cross a body of water and we all know Justinian codified sea law and eventually the UN did. These unjust men are harming everybody on Earth. In the brief that I, Susan, wrote I said I do not argue state law. That's not arrogance as I do not argue state issues unless they become federal cases as the people of that state are best qualified to argue their own state issues. I will argue some state issues upon becoming federal and/or if I have a vested interest and right. In this case I do both in FL and NH and I entered this the very first time I ever entered federal court as

the question as to whether or not candidates are walking into the state election commissioner offices and outright buying electoral votes via a one time fee that does not prove ability or capacity in any way sent FL lawyers who themselves are paid by the state into a tailspin. I asked the question as the states are not tracing money back to its original source and as using money and/or writing a check to then pay the one time fee to then appear on the ballot creates an impossible standard several times over plus it violates the oath of office as you do not know if Bill Clinton wrote the check or not or paid in person or not thus he CAN'T fulfill the oath of office - nobody can who plays according to these rules - so I entered the election rules of at least three states one of which is NH, the state in which any body natural born or not can get on the ballot for president IF they can physically get to NH and collect 1,000 signatures. Traditionally NH has been the state in which the first primary has been held. No matter how this came to be it's fair if not just for now as it's the easiest state in which to make an appearance on the ballot. Other states are moving their primaries unlawfully only to create what is an unending, ceaseless cycle of nonstop campaigning and to make it easier for insiders while more difficult for outsiders. Do you know what the delusional lunatic in charge of the Republican Party in FL said? He has no ration but his reason is 'Florida is an important state and is going to play an important role in this election'. Yes, but because of me, Ray and this lawsuit and so liberty and justice *not* because FL is more important than the other states.

CBS News addressed this very issue. A straw poll is not a primary and a caucus is not either thus which state will hold the first caucus versus the first primary? CBS named Iowa, FL and NH and the purported expert that was interviewed acknowledged that what FL and other states were doing in open and direct violation of the rules of both major parties is nothing more or less than jockeying for prime position and that this is about attention, money and a sense of importance as in being better than; this "expert" admitted that FL has moved the date of its primary two times, for the last two presidential elections and that those responsible know exactly what they are doing and why, that they are deliberate. He named the Republican Party and it's "reasoning" for playing these games; he cited the words the head of the GOP in FL actually said. His claim is it will all settle down and so Iowa will be first, Fl will be second and that NH will be third BUT be "forced" to move it to December. He did not mention that FL's delegates were banned from the National Convention for doing this in 2004 or that Barack Obama Jr. visited Jacksonville in secret or rather he snuck into FL via Jacksonville and to this very day we do not know the actual reasoning for Obama Jr. doing so; based upon the fact that FL's delegates were banned or barred from attending the National Convention as a punishment then

Obama's unadvertised visit to Jacksonville MUST be related to FL's action to move it's primary unlawfully. Local news stations caught Obama Jr. in the act of leaving as an appearance Obama Jr. made in Tampa later this same day was advertised so Obama's appearance in Tampa was covered by the national media but his Jacksonville "secret" appearance was not; Obama Jr. was photographed and videotaped or filmed in Jacksonville leaving a building and getting into a car on his way out of town and this was not covered by the national media. I checked myself: I was not the only citizen to understand this subterfuge for what it is. Other citizens also noted the lack of national media coverage as if Obama Jr. never visited Jacksonville. Not every conscientious objector was a Floridian. Why were the residents of Duval County and the state of FL and then the nation not informed? Why didn't the national media outlets rebroadcast the local news footage of Obama JR.?

I'm an expert too; if you need to lie, cheat or steal aka attempt to hide your true motive and intent and your actual reasoning or your actual fact then one way you do it is by denying Americans the knowledge that you'll be in Jacksonville but then making the press VERY aware that you'll be making a personal appearance in Tampa. Thus the fabricated illusion the majority of Americans lend their belief to is that this historical event never happened. The other undeniable connections besides FL delegates not attending the National Convention? I live here and Obama Jr. and Bob Bauer knew I had already overturned BVG and proved every person on the ballot was unable and incapable and/or not natural born, BVG arose from FL *and* John McCain (not qualified as he was born in the Panama Canal Zone and was not grand fathered into any natural born citizenship act regarding being born outside of the US, in a US territory or in the Panama Canal Zone itself) used to live in Orange Park, FL which is next door to Jacksonville. It's not the class' personal belief, unsupported belief and/or arbitrary belief or an assumption: We were and are denied our right of informed consent and no common understanding exists while default is thus no contract exists. It's not possible let alone plausible.

This happens to be a state issue for NH that I can argue on NH's behalf thus every other states behalf not only because I already entered and won via default but because I, Susan, have a connection to NH. I do not know my own family's history as it was kept from me; what I do know is a lie or is an absolute piece of the whole truth that I myself discovered but it's not my family's whole actual history. One of those absolute pieces of actual history is NH, as I found a huge marble plaque in my attic that had been hidden away in an eave. The walls of our house wouldn't support it in size or weight. It read *"Home Sweet Home"* so I asked my parents how in the world we came to own this. My father said that some of our relatives worked the

granite mines in NH but this was master stonemasonry and so I understood why the skill set known as stonemasonry seems to genetically encoded learning within me. I demonstrated these skills at St. John the Divine Cathedral in NYC as they claimed to have the only working stone yard in the nation, the only working stonemasons who are artisans as well as tradesmen, but I knew they were incorrect as I'M a working stone mason.

I proved this by identifying a person in a photo as nobody present could identify him. I waited and when it became apparent that only I and the person who took the picture knew the truth then I said, "Mick Jagger" and I was correct. A stonemason can "see" the form the whole block of raw stone will eventually take in their mind's eye; they "see" or "know" the absolute truth of the whole piece of stone they find in nature or that they are working with in its raw state so an master craftsman can cut stone via dead reckoning. <u>You</u> only recognize "Mick Jagger" when he is on a theatrical stage under theatrical lighting and in costume with thousands of people cheering so you only perceive his ego. The words he is singing and the other 'actors' playing musical instruments around him support the illusion. You feed into it and on it. "Mick Jagger" and "The Rolling Stones" is a calculated illusion fabricated for <u>their</u> benefit only. <u>You</u> would not know or recognize Jagger in any other form but <u>I</u> recognize him in his actual form as I have negated the human subconscious mind. Ego does not trick my person or fool my perception. I knew the plain or ordinary block of raw stone Jagger is and it is extremely different his theatrical projection of ego. The people present were amazed at this difference as he was on a beach in the Bahamas under a palm tree. The person who took the photo said that nobody can discern who it is. *Like they can't see Obama Jr. or other unjust men for who and what they actually are.* I can and do know the truth naturally, as an extension of who and what I actually am.

As I am a third generation American on my father's side, my grandfather's side, and either one of my father's parents could be the person related to these quarrymen via Vermont thus NH then Bader-Ginsburg's joke regarding being Jewish by choice like being American by choice had special resonance for me as she joked, "What does it take to go from a tailor to a Supreme Court Justice?" and answered, "*Three generations.*" YES as that's me and then you're natural born via your father as you exclusively count the fourth, the person who lands here from another nation. That fourth generation, the generation who came here from another place, in my case Scotland, Ireland, England or Wales and France (!) or so I believe, may have been the very stonemasons who created the plaque I found. As little as four generations

ago, three if exclusively count as you should, I was working in a quarry not as a Chief Justice or Commander in Chief.

If you know anything about NH then you know that recently the symbol NH self-identifies with as a state, *the old man in the mountain*, a granite cliff formation, has fallen away and crashed to the ground. It's now a pile of rubble at the base of a mountain in NH. I will tell this court and NH that the old man may have fallen but examine what has arisen in his place: I, Susan Herbert, or <u>woman</u> and so liberty and justice. When I ascended then you ascended with me whether you knew it or not; now you know. When I saw the pictures of what had become of NH's state symbol I was reminded of the title of a movie that I have seen: *The Man Who Went Up A Hill But Came Down A Mountain* as I'm *The Voter Who Went Up A Hill But Came Down A Mountain*. The old man may be gone but the vote and with it NH thus America is still here.

Thus I can argue this issue on NH's behalf as it should hold the first primary as that's fair even if it is not ideally just until we have another means as Americans have lots of ideas as do I: to prove ability and capacity then wage a constitutional authority case as you can and may enter SCOTUS directly or indirectly via the other courts. You must argue your case in person so you cannot and may not enter lies or what is the truth of a lawyer only and not the victim/s truth or the truth of US law and it's correct application as ALL contracts are two party not three party. And I do not mean and intend two political partys as that's not lawful and that's not actual reality but only the real of the US Inc. If it were not the real of the US only and so not The People's reality then nobody would be moving primaries, violating case law, reneging on prior court settlements and/or be ceaselessly, endlessly begging for money for the years they are in office. Besides, you cannot "rebrand" genetic <u>or</u> quantum encoding no matter how hard you try; it's frivolous. Vying for a nomination to then be installed upon a paper ballot and then installed into the Executive Office at least 18 months prior to the election itself is insane and is nothing but an ego fueled theatrical production.

It is as CBS' expert and the head of the GOP on FL says: FL wants the first say so wants to influence or condition the rest of the nation thus the outcome of the 2012 election.

50.    Ray Morton can argue this issue too as he ran for a federal office and lost which is not possible if unjust men were not acting upon the purchase of the office, favoritism, nepotism and political wrangling that is not legal. If it were an actual

open-ended system and not a closed ended class system then Ray would have won so people aren't reasoning their vote or can't reason their vote as they cannot overcome the obstacles in their path. The politicians and the lawyers involved as well as the wealthy are not motivated to employ human reason or human ration. They should consider themselves served and so consider themselves motivated.

51.   I need to inform the court of something I might not have before: The Catholic Church derives a direct line of reasoning from Socrates, Plato, Paul and Augustine on up; this direct line extends to Jefferson and the Founders as Baltimore Doctrine most closely matches US law. If you account for the Council of Niacea and 1054 there is continuity so that I innately or naturally and via being raised Catholic recognize discord and discontinuity thus I always know whenever there is a fault line in another person's reasoning, I recognize that which does not match the original founding documents and I always and forever hear corruptions and/or out right lies. The symbols do not confuse me as they do most humans as I was never taught to obey any Earthly authority blindly over my own power to reason and ration a problem and to act; I was never taught Church rule or court rule is law. I was never indoctrinated and I never assigned or took on judgment values. John Paul told me that only I heard something re infallibility, a claim the paid officers of the US now make, that "they the federal government" is infallible. I can see and hear clearly, I know justice, as I always and forever acted on my own volition as I'm liberated and I'm sovereign and I know it as "innocence" was lost to mankind in Eden as we became knowing. Humans: Know. Americans: Own the knowledge that knowing is a right.

Uniformity allows me to be a plumb line if you will as unlike you, I am employing that direct and then united line of reasoning and I form my own opinion *before* I ever read anybody else's, so that I can quantify the error be it my own, theirs or yours. Any deviation from the mean lights up for me like a flare going off so I know how and why Thurgood Marshall came to his argument and I knew to dig deep and then dig wide regarding the 1871 incorporation of the US as originally it was said that the 13th & 14th Amendments as you know them in the 1871 version of US law were meant for slaves and applied to slaves but then former slaves were booted from Congress and today nobody claims this which makes zero rational sense. *Attached is some of Kurt Kallenbach's reasoning that is very, very close to my own but we express it differently; are you the slave today or not?* I'm only naturalized via "A Summary View", The Declaration, The Constitution and <u>Marbury</u> plus the first Ten Amendments, maybe the first 12, known as The Bill of Rights. I'm a material witness to actual, good science aka universal law not the pieces of paper. I'm not

"recognizing" the paper as if they, it, were ever legal but as only as in it's the history of what transpired. I've always maintained and still do that it is not even *possible* for BVG to be an actual legal case as its captioned or for Obama Jr. to be natural born so I do not need to see the paperwork. *I told Kurt that I'm an immaterial witness, lol.*

There's reasoning for me to have attached my birth certificate, my COLB *and* my record of baptism as it squarely places me in the geophysical location known as the US as a newborn so I could not have entered from another nation such as Canada or Mexico and it proves me to be an American not the property of the incorporated US as you must account for the American Prelate of the Catholic Church and what infant baptism is as well as the Vatican being a nation in its own right so my direct line is to The Creator via allodial title. I never belonged to any political party and voted only once, after Clinton committed perjury and confessed but he was not convicted; legally I was overturning the verdict of Congress aka US Inc. as they did not base that verdict upon any of the evidence, proof or absolute proof presented including an actual confession or upon the law. Actual reality was ignored and denied as if nothing ever happened and as if Clinton is innocent and better than us, as if he alone and so all paid officers are above US law.

I was not joking when I told a federal judge that it is my goal in life to never, ever appear on the Social Security Death Index as my parents never orphaned me so custody of me was never ceded to the US nor was I ever owned by the US in any way; you appear on the death index as the US owned you in life as you weren't sovereign.

52.     If you need a more concrete idea of what Jefferson's *oscillating rod* method is and does and how he measured and weighed a universal currency I can give you one: If you make a pendulum shaped like a cone and fill it with sand and then let it go the sand leaves a trail and a geometric pattern forms so you can visually "see" the nearly imperceptible movement of Earth upon its axis around the Sun. The pendulum does not swing perfectly straight in a 180 degree line thus you can 'see' an arc of linear time. You're looking at one of the most simple experiments in physics as if you take a marble and coat it with food coloring or paint and then hold it against a long plank that's raised the marble rolls and forms an elliptical orbit not a perfect circle. You will 'see' the curve. Is that a matter of time, gravity or magnetism? You can also make a pendulum in such a way it swings within a circle; all around the circle you place rods and so as the pendulum swings it knocks down each rod one by one keeping track of linear time; you can look at the number of

rods knocked over and tell time, what the linear time is, but they are not measuring whole time as they aren't measuring the nature of time or its geometric shape. I believe the Smithsonian has a pendulum set up to tell linear time. You can play with a digital pedometer too. You punch in numbers to calculate your height and weight thus distance and so calories burned. Remember, Jefferson was 6' 2" while I'm 5' 3". His stride was much longer than my own. If you play with the numbers and the weight in a pedometer that 'moves' with every stride – that weight is up against your own – then you can 'see' how calories burned do not translate into capacity so you would use the joule to weigh the quantum energy a mind is and you can 'see' the difference between weighing yourself against the Earth versus the universe. In today's digital pedometers you cannot change the given weight; what's that weight and is it correct? Having to replicate Jefferson's experiment on my own – <u>without Jefferson's notes</u> - the hardest part was the length of the rod the plum bob hangs from. For you this might be the easiest part. You might be self-aware in a way I'm not due to uniqueness so this may be an obvious answer to you.

This nearly imperceptible motion of the Earth rotating on its axis *is not* imperceptible to me; you live in a world where time becomes a habit while I do not. Take "fall"; you live in a world where fall follows summer and precedes winter and it's a given so you never contemplate it. I know the Earth sits tilted upon its axis so that the Sun's rays are more direct in winter but the Sun is father away; I know "fall" is the resultant effect of this tilt. *We are in an elliptical orbit not a circular orbit.* I do not take fall for granted as I'm asking *why* we're tilted? and if that's related to our fall in Eden and if a major disaster such as a massive volcanic eruption in Yellowstone or Italy could theoretically "rock" us on our axis and right us so there's no more seasonal changes? Am I now in a circular orbit rather than an elliptical orbit? You cannot tell me a person has "bipolar disorder" and leave it at that as everything is dipole. "Bipolar disorder" is exactly worded; a treatment for bipolar disorder is electro-shock 'therapy' so who isn't making the connection? You make the connection but ignore it as you're denying universal reality on some level or else we wouldn't be what we are today: Morally bankrupt. I question everything and question it universally but I *inclusively* count myself. It's *why* I say you're all crooks, <u>as I'm inclusively counting my own self as we all know</u>, and I see the forest for the trees and the trees for the forest exactly as I see America for The People and The People for America. I'm never 'solving' a problem by creating more problems. I have cause, causation and cause again – the unified whole - as liberty is a universal law and you can quantify liberty.

Your life is or your facts are a set of possibilities that you have realized leading to an eventuality that you have actualized, your person exactly. The context is infinity.

53.     The "take over" Wall Street movements spreading across this nation and now Earth are the direct result of gross injustice and the class' lawsuits, of our unique intellectual property. I never agree with David Letterman but I agree with what he told Bill O'Reilly on Friday, October 14th, 2011, as he said one of the founders of the Tea Party was on his show and early on she could not communicate her unified message well but now the Tea Party can so that he believes the take over Wall Street movement has this same problem, that they cannot yet unify absolute truths but will unify them into a whole message as the Tea Party did. Yes as greed will be leveled and possibly eradicated at some point via Jefferson's, Ray's and my own intellectual property as what they cannot yet grasp but will is a universal currency when we already use mostly paperless forms of money such as e-checks, debit cards, credit cards and electronic bank transfers. These protests will not end but change form as corporate officers who committed criminal acts were given a reward by Congress as people who are Congress are unfit. That monetary reward was paid for by the taxpayer's not by ay member of Congress or by the corporate officers who committed the crimes due to a tax code and budget devoid of any reason or ration and that exist in violation of law both US and universal. *Bank of America received a $45 billion bailout for what is criminal activity and now they are going to charge you $5 extra to hold a debit card? You're creating and participating in criminal activity as you elect people who can't or won't solve the problem, as then they no longer control you and you no longer have any excuses.* Thus these protesters will form a unified whole as they are already in the process as the movement has already spread. Bloomberg told the protesters in NYC that they could not camp out anymore, as he was acting to balance private and public rights. I laughed *at* Bloomberg who is a 'billionaire': <u>Counterbalance</u> is not an idea in profiteer Bloomberg's head.

54.     The only difference between the paperless money you already use and paperless currency is: Currency unlike money has an actual value that's a universal law and that is exactly named in The Constitution.


The NBPD and my "neighbor" need to be taught a lesson. Whether or not they learn it is up to them. I, Susan, have had it with all of these unjust men going directly to violence, attempting to inflict force on me, hiding behind paper and uniforms and attacking me when I float America and when I am innocent and when I, Susan, can hear

my "neighbor" when they speak in a conversational tone, when they seem to be singing, when they play music and/or what seems to be an instrument of some sort and when they yell and scream and/or are roughhousing. I can hear *everything* and I mean that literally. I, Susan, am suing both in excess of $75k for violating my interest and right. These unjust men are noisemakers and are an actual nuisance. They resort to violence *first* regardless of fact, of law and of the actual reality of this universe. They have no realistic idea as to what "justifiable force" is or is not. I can and will teach them.

I know currency is not money but they insist upon arguing money aka pieces of paper and they insist use of any and all force is the law and that they're it. This unjust man loves making reports – noise - true or false so what will the NBPD eventually have to do in my case? Baker Act the class a thousand times? 300 million times? The NBPD has only been of the ability to hide their actions from a court and so The People as I, Susan, was filing all of the reports or the relatives who kidnapped my children filed the reports. Never before has an absolute stranger filed a paper report against me with the police. It's insanity. Let them act in open court then as I have a protected, enumerated right to face my accusers and no fair or just hearing can be had in FL. If I want to eradicate the corruption and/or criminal activity I need to use the IDEA of MONEY, as that's the only language some unjust men speak. Include Karl Longstreth and David Quinones III in this lot; the details are already on the court record and Quinones III lied about his service record and these events on that same record in at least three states, FL, NY and PA. He perjured himself until it rose to become treason. To make this simple on everyone or for everyone I reasoned and decided to use the word "malpractice" so I thus the class is suing these persons and/or entities for malpractice, for civil rights violations and for violating the spirit of US law and for not employing human reason and ration when they vote. It's *voter malpractice* but it falls under a civil rights violation technically, according to US law.

Ray Morton and I were both harmed by the US military thus we have the human ability to sit in judgment of it w/o placing personal judgment values of right and wrong upon it. My unborn son Christopher and my already born son Ethan were also harmed by the US military who took such an unnatural, unhealthy interest in unborn Christopher's sonogram that a Navy doctor lied and said he was a girl to defend us. A professional will tell you that you might mistake a girl for a boy but never a boy for a girl. Because of what the US military did to us and because of two previously named unjust policies the state of FL acted upon with one involving the Navy that the state denied existed Christopher is yet today an unborn legal person according to FL. To my knowledge this is unique in all of the world as other cases involving an unborn legal person have been resolved while we never received our day in court due to the unjust policies of two

clerks of SCOTUS one of whom is the Chief Clerk as I was told by him that he is targeting woman, mothers and non-licensed lawyers aka The People as if you aren't one of the people but are a dead institution if you hold any piece of paper other than the original founding documents such as licenses, titles and money.

The US military knew this legal case rested upon an unborn baby being legally declared an unborn person and that it had to be a boy not a girl as that absolutely proves the US military is acting irrationally as it is only harming its future Commanders as its delusional belief is a girl cannot command especially not from the field but I can; the actual reasoning that the military is in denial is me commanding from the field  makes all of them FEEL humiliated, embarrassed and ashamed and it should but not because I'm only a girl but because the US military has now degenerated into one of the most inefficient, ineffective systems of delivery on Earth. These people have never experienced actual human guilt or human grief but only a skewed, false sense of it or a pale imitation of it. Actual guilt does not feel like humiliation or embarrassment, as it is a higher order human not animal instinct.

I, Susan, have witnessed monkey murder, monkey love, monkey language, monkey tools, elephant grief, elephant kidnapping along with an organized elephant rescue, elephant long term memory, elephant friendship, dolphin help, sea turtle dead reckoning, parrot longing, dogs escaping, a dog opportunistic thief and childhood friend Jo Ellen Manupella owned a dog that would pretend to be ashamed only to get a treat, it would bow down and cover its eyes with its front paws as if it was caught in the act and so was ashamed, *this dog was people pleasing*, but none of these animals acted with motive and intent. None of these animals had a higher order cause such as liberty. I, Susan, am still waiting as what I have never witnessed is animal government as for that to be actualized you need monkey aspiration and so liberty and sovereignty and no animal not even a monkey is imbued with sapience. Animals do not experience higher order human instinct; animals do not possess motive and intent beyond animal instinct.

How can you read Karl Longstreth write or say, "I never worked this hard in the Navy" and deny that something is very, very wrong? His letter reads as if it, he, men and the military, is more animal than human. *Am I to believe a monkey military is the best attempt that we cam make as humans and as Americans?* That's delusional thinking. The very place you should be doing the hardest work of your life is IN the military not as a bank teller or car salesman or CFO as none of those jobs carry with it the inherent and intrinsic risk of death via your own deliberate action.

We are suing the US military and both the Republican and Democratic Party's for declaratory and injunctive relief and demanding a hearing in person as remedy and relief as per <u>Marbury</u>. They refuse to cease and desist, as in their 'real' world something is not law until the piece of paper says so as they tell themselves the lie that's there's no such thing as universal law.  They truly believe man *creates* law!

The military needs to be made to acknowledge actual reality and then deal with it and so every individual must confess. Thus you hold the "highest" ranking Officers and you sue for declaratory and injunctive relief. Only a lone individual can state if they committed a mistake, an error, a wrong or a sin; Ray Morton and I will know the truth and so will The Creator. Who would want a commission that they did not earn? <u>This is how you earn it</u>. You also sue to revoke the commissions of the Annapolis graduates who cheated on their final exams as their commission would be nonexistent and I do not reward cheaters at the expense of those who could and would do the required work but who never had the opportunity as these unjust men took that seat. It's common knowledge that you need the recommendation of two Senators to be considered for a military academy so you also ask to have whoever recommended these cadets be made to answer for their action as it's not possible that these people had the necessary character to attend a military academy when they applied. If the US military objects I will tell the US military there's more than one way to graduate from West Point:

I, Susan, decided to drive the length of the NY Thruway on the opposite side of the Hudson or on the old road that runs along the newer Thruway. All of my life Thaddeus Kosciusko has followed me everywhere I go; once I was the only person in my class who knew the Twin Bridges is actually the Thaddeus Kosciusko Bridge. I went to school on the corner of Kosciusko in Cohoes, NY. My brother owned a house in Philadelphia next door to the Kosciusko House. I know Kosciusko was a genius engineer and military strategist as so am I. Running a chain across the Hudson to defend us was a great idea. Jefferson told me that Kosciusko was - is - a true son of liberty and I truly believe that. He was also Polish not American so my connection to John Paul was in play this day.

I have been down this causeway several times in my life but this time I noticed a very deliberate rock wall running next to the road almost hidden from sight. It is a perfect rock wall and it is long, very long. I was examining it while I followed it and I knew: THE BAR. This wall or bar is short, so short any old barbarian can climb over it. But not any old barbarian can build it or know its "secrets". Only an actual American Commander can do that. This wall is composed of absolute rocks that fit perfectly with or to one another; this wall is seemingly seamless. It's a whole wall. It might once had a practical purpose but it always had original motive and intent and I can imagine

the people who built it not understanding *why* they were building it. You could never, ever know that Susan Herbert would NEED to use this wall; that she would jump over the bar and put one foot on each side of the bar and even lay on the bar and say "Look Ma - no hands!" You could never know that Susan Herbert would be told that the Great Wall of China is the only manmade structure on Earth you can see from outer space but when she ripped a hole in the space-time continuum that she would "see" this wall from deep space and that she knew as absolute fact that she could slaughter China as they have the wrong idea as this wall was made to let everybody in and so you can learn to please The Creator thus yourself not other people as you'll never satisfy what is conditional. If you actually make your best attempt your work should stand on its own *and* blend into the rest of the wall simultaneously. This wall should last for thousands of years. It's the most deliberate, most perfect, longest rock wall I have ever seen and I've experienced lots and lots of stone walls.

When I "discovered" Brian on the new Pulaski Highway and learned his middle name is Ludwig one of the first things I did is look in his actual closet as every single solitary absolute lined up perfectly so that an actual full moon, a Family Crisis Center, a Center For Law and Justice, Baltimore, myself, Beethoven's Moonlight sonata and emotional and metaphysical dumbness and deafness collided. "Ludwig" and "Pulaski Highway" were also in play or in alignment and not coincidence as there are none in this universe; it had to be intrinsicity and relativity, or, Uniformity. The whole truth had to be an act of God. *The "old" Pulaski Highway is named Golden Ring Road.* Thought and action were one and the same; cause and causation were one and the same so I knew to look. I have found that Americans hide the most incredible things in their closets, attics and tile ceilings – *skeletons in your closet is not merely a figurative expression* - and what did I find in Brian's closet? *A rock.*

This rock, a brick, had a note attached to it as if somebody was going to throw it through a window as they do in the movies. I undid the rubber bands holding the note in place and read it; I was absolutely horrified. I planned upon throwing a rock through the window of John Roberts' office, the University of VA's Center For Reincarnation Studies or through Congress as a whole; I planned upon dissolving all you have created in the name of ego but I never, ever planned upon *this*. The note read that this brick was a brick from the Edward Murragh Federal Building in Oklahoma City, site of Timothy McVeigh's act of domestic terrorism. The site of a bombing upon American soil. I had an experience in Oklahoma, in Broken Arrow, OK and *broken arrow* is the codeword for *rogue nuke* which I am only I'm a rogue in the best constitutional sense of the word. I'm time's arrow come to life and I'm nuclear able and capable. Whoever did this IS a domestic terrorist, a real broken arrow.

I asked Brian how he ever came to have this stone so he told me who acquired it and that she only kept it only as "it will be worth money someday". I knew a predator had to do this and that Brian had no realistic idea what is wrong with telling this exact lie or he would not have kept it so I told him: *This is actual blood sport, blood money; you might as well chop the head off of the baby in that infamous photograph and mount it on your wall when that baby is an actual innocent as they had not yet made their first moral decision in life and Timothy McVeigh was no one you would ever want to "remember". To take and keep this brick is treason and worse; it is a sin; it's like owning a lampshade made out of human skin that the Nazis produced. There is no rationale in possessing it if it's not custody, care and control and this is not. The "psychic" energy this brick has, the gestalt it is, MUST be destroyed or* you *are guilty as the person who first acquired it did so for profit. It's a form of insanity and so a form of death.* I told him as absolute fact that I was divesting him of this brick. It is not up for debate; it is done.

I separated the note from the brick and destroyed the note. Then "gave" the brick to somebody that I could trust: The Baltimore Department of Sanitation. I hid it in between the garbage in my garbage can hoping the garbage men would not find it.  I knew that if they did see it as they dumped the can into the truck that they would never, ever suspect what it is. I will always know a brick from this building if its in OK, in a museum or in your office; I will always recognize it but other people would not as they did not have the same experience of life that I have had. Later I visited the Baltimore landfill in person so I am certain it is gone; nobody will ever find it. But I still had custody, care and control of an idea that I had to kill with finality. I remembered John Paul placing a note in the Wailing Wall in Jerusalem and what he expressed is the truth so I Susan made my very own contribution to the wall at West Point and nobody on Earth will ever be able to distinguish my work from the rest of that wall. You can spend the rest of your life looking for whatever I placed in this wall to kill the idea of profiting at the expense of actual innocents and actual Americans and to kill the idea the Nazis had and that communists still do have or you can own as wisdom that you're responsible and so every moment of your life is a best attempt. As a human being who is sapient and as an American if its not your best attempt then you're guilty.

That's how I graduated from West Point so do not dictate to me and in so doing lie to yourself thus claim that I do not have the ability or capacity to sit in judgment of you, as I do. The ACLU doesn't have the ability or capacity but I do as does Ray. There's a difference between the homo sapien and the American; ideally someday there will be no difference as we'll all become Homo Americanus.

46

Not very long ago an American asked me if I thought it was "cool" that there are Somali pirates engaging us exactly as in Jefferson's day; wasn't it "amazing" that "history is repeating itself"? I said, "Nope as its 'From the shores of Tripoli to the halls of Montezuma I will fight my country's battles on the land and in the sea' and this fight's been the same ever since Eve ate the apple." *Tripoli is the place Jefferson and the Marines engaged pirates not Somali so it's a wrinkle in time, a plot twist or a turn of the screw*. Then another American told me that if I wanted to "understand" the enigma that Jefferson seems to be that I need only to read a little book entitled "Thomas Jefferson's West Point" and that if you read this exact book then you will truly understand Jefferson at last. Other voters whole-heartedly agreed. I, Susan, never read this book as I lived the life and so Jefferson was never a mystery to me, an actual American and an actual Commander as I remember.

As I stated once before the flags I would fly on my ship registered as an <u>American</u> vessel to signal others as most ships are not US vessels as foreign registry is meant to circumvent taxes thus the law are the US Stars and Stripes, the red X of FL, the Excelsior of NY and an exact repeat of the Stars and Stripes. I'm 'breaking the law' without authorization or without permission and I'm deliberate. You cannot possibly be more premeditated than I as I've been meditating upon this from a time before we were sapient. I'm directly challenging your ideas of what actual reality is or is not, or, what law is or is not and what crime is or is not; I'm testing the limits of your human capacity, your god potential. Pirates otherwise known as profiteers would know as fact not to go near me and to never engage me as I'm advertising the truth, our truth and my truth simultaneously, that the *USS Elephant* is the biggest, baddest, strongest, most maneuverable and fastest ship afloat and is captained by a constitutional pirate, an actual natural and native born American who remembers.

John Paul Jones told me, "Do not give me a ship that does not sail fast for I intend to go in harm's way" thus I meant it figuratively and literally when I told the faux Americans among us that I intended to go in harm's way, into the federal courts of the US, as a lone voter can out gun and so out man a profiteer every time as a lone voter can survive both death *and* taxes or so I proved absolutely. *See Ray's attached flag devices reasoning*, for if you fly the Star 'n Stripes in court then you're flying a Navy ensign without authorization and because of the War of Northern Aggression and the 1871 incorporation of DC aka the US thus as there's land under the ocean this is a maritime matter as Earth is an absolute rock in a sea known as the whole universe.

Do not fly what is a Naval ensign only or spend in excess of 15 trillion delusional dollars upon a magical new deal that lands on the moon in actuality and has its horror story ending at BVG thereby training me if you do not want the class to find you with admiralty law as the original deal is elegant and you, an alien or a foreigner, are not now and maybe never were a party to that original deal, the contracts known as America.

If US law may not find you then admiralty law will find you.


**Susan "Forever Pro Se" Herbert on behalf of the class** as I am a veteran, a mother, and it's our ability and capability therefore our vested right as per *posse commitatus* and so original motive and original intent as no man can actually stonewall The People