October 29, 1998
4:01 im

Hello Q,

Been awhile since we last spoke or written to one anouther, mostly to due on my account. I am in school now & still working full time (6-7 days a week) I never worked this hard in the Navy. Getting back into the groov of school is odd, it is a diffrent mind set & attitude & besides the women for the most part look delicious, big titties, firm asses & wide hips, shapely curves, it makes me want to cry.

If you thought that I had forgotten about you, well your wrong. I remember the drinking, partying, singing, the skinny dipping. Remember when So you, myself, Chris, & Frank went to the Doll House, we had all the money you got all the kisses, you left there with lipp stick on your cheek. Thinking back now I wish we had more times together, I know we did do some good stuff but there could have been more.

1

Now I know what they mean when older & wiser people say, "it goes by to quickley, there seems to be enough time." It seems like last week that you & I were getting kicked out of the W.A.S.P. Reunion in 40. We'll you had the ball-n-chain at that time, oh by the way, do you still live with that problem? It is also nice to know that there are people out in this world that we've shared happiness with, the more that I am out here doing this thing that they call life, I find that there is a lot less good than what is believed to be.

So Q would you have fucked Manica L. or used the cigar? Did he pass them out after words? I have got to give him this much, than, he is a freak. Are you going to running this year in race of that sort? I ran to the frig for a beer & back to the T.V., if I do not bring the beer or liquar with me, I don't want to miss any Beavis & Butthead.

2.

Soon the snow will stat start to fly, & so will Snow balls & cars, a-a-a-h winter. First we have to get through Halloween & (Turkey Day) Thanksgiving, and for the first time in six years I will be able abel to make it home, also for part of X-Mes but I will be off for New-Years, finally for the first time in six years.

How is Phille I have never been there? How is the job? Any more ass holes coming in (like the world is not full of them)? Heard Heard any thing from Frank or any one? On a more positive note I am in the market for a nice 12 gauge shot gun (Bush Gun) and a .45 as well or 10 mm. I have always enjoyed shoting so I thought what the fuck, why not? Crack heads, Hookers, Pushers are packen something, it is about time that the good gus are caring also, but will know how to shot as well. Insted of this gang banging Crap, double tap center mass, I believe in gun control the ability to hit ones target.

3.

Well suprize, suprize, this is a letter from me to you, finally after all that time. I am sorry about the wait this the sifth letter the other four are lost somewhere they just had not made to this stage. So untill speak or write again, "Keep your head up, your pecker hard, and your powder dry and the world will turn,"

With loving Memories

Karl H. Longstreth

4.

**CERTIFICATION**

I, Susan Herbert, certify that I have abided by the federal court rules regarding form to the best of my ability and in light of the fact that this legal situation is unique in all of world history. If I could follow a rule or use a form then I did; if I did not it is because the form does not exist or it is not possible.

I hold no law license and no law degree.

Signature _~Susan Herbert~_____ Date _10/24/11_

Susan Herbert                    ~~July 2nd~~, 2011
                                 October

**SIGNING**

I, Susan Herbert, sign for my own self and for my minor sons Ethan and Christopher.


Co-Counsel Ray Morton and Susan Clemons previously signed; see 11-CV-1869, Duluth, MN. This complaint is related to 11-CV-1869.


Signature _____ Date _____

        Susan Herbert              October 24th, 2011

        Ethan Quinones

        Christopher Quinones

## PROOF OF SERVICE

This is to certify that the respondents have been served via first class mail as per federal rules as well as third party carrier, electronically and via the SCOTUS docket.

Absolute proof that Barack Obama JR. thus the other respondents was successfully served in person is Obama's own admission during a televised interview in which he said "Hawaii", "Louisiana Purchase" and "earthquake" in response to a question regarding "ObamaCare" when it seemingly made no sense. This is an actual Freudian slip as those words and that idea appear two places on Earth: in the lawsuit I entered to Sioux City Iowa and served upon Obama and in a lawsuit I entered to the IHRC/OAS of the UN. Obama Jr. could not have said those words unless he had been served thus every other respondent was served.

This is the first time I have served Karl Longstreth.

Signature _____   Date _____
             Susan Herbert                              October 24th, 2011
             Ethan Quinones, minor son
             Christopher Quinones, minor son

## LIST OF ATTACHMENTS

1.      Flag Devices, Ray Morton

2.      Birth certificate as a share of stock, Kurt Kallenbach

3.      Opine first and count later, Antonin Scalia

4.      Conversion Chart, Susan Herbert

5.      Prove the 14th Amendment was legally passed via due process and in $24, 000!

6.      Letter attempting to reduce me to the point I am eradicated, Karl Longstreth

7.      One of the delusional 'detectives' that abused my children; she was arrested today, 10/24/11, for suspicion of running a gambling operation; yes as she's gambling with our lives; the "world" does not "agree" that she's an "outstanding police officer" as her lawyer falsely claims *or so I truly believe*

Ray's Flag Devices Reasoning; I wrote something for the class and I included it here as Ray and Steve Rau both did not use the word Commander but for very different reasoning: Posse Commitatus.

## TheSusanConstant

**From:**   "Ray Morton" <raysmorton@comcast.net>
**To:**     <bdobry@bellsouth.net>
**Sent:**   Wednesday, June 16, 2010 6:32 PM
**Subject:** Flag Devices

Hi, Susan,

I may have told you that for the past several years I have been researching, writing, and illustrating a flag book (maritime flags).

You might be interested to learn that the United States of America has <u>no</u> official flag – only a US Naval ensign, as reported out of the Maritime Committee of the First Continental Congress and incorporated into the First Flag Act. The current flag legislation under the USC merely repeats the language of the First Flag Act and, therefore, defines only a US Naval ensign, per original intent.

The rest of the US military has no official flag device save the US Marine Corps. Congressional Colors were authorized and authorized flag devices for civil authority had bars, similar to the present day authorized US Coast Guard ensign, and <u>not</u> stripes. The US Army's various branches were authorized the use of the US Naval ensign between 1843 and 1861. Only <u>after</u> the War of Northern Aggression were Army forts allowed (not authorized under law) to fly the Naval ensign.

The display of the US Naval ensign throughout the United States is un-authorized, regardless of Presidential Executive Order binding only on the Executive Branch, as are all Executive Orders.

Courts, under the United States, are not authorized any flag device – fringed or un-fringed. Should the US Judiciary be authorized a flag device, it must have bars, not stripes, per original intent.

Admiralty Law is authorized <u>only</u> for maritime matters and Martial Law is <u>not</u> authorized to the federal US government. (per *posse commitatus* and original intent – <u>only</u> to the Governors of the respective States and their Militia, defined in the USC as National Guard and veterans of the respective States).

So, the stripes and stars, now called the stars and stripes, is <u>only</u> a US naval ensign.

Ray

**Ray's Flag Devices**: It's at the end and it begins with "Wednesday, June 16th". I attached it too in case you wanted to skip over to it. Before you read it I need to set this up; I did not set it up for the court but I will for you as it involves the dream I had in which I saw my own self for the first time, from zero point not from 1st person as the person observing reality is also the person experiencing reality. Or the dream. Observer and experience-er are one and the same; physicists make this mistake constantly as they exclude their own selves from the experience or from their own experiment thus they never account for their own experience of life so that their paperwork never matches the actual reality of universal law. They exclusively reason or deny their own life! They *selectively incorporate* reality.

In this dream I had it so I decided to confront RPI as I trespassed in their computer lab in the seventies. I saw priceless intellectual property that aided me when making this case and resolving Uniformity. I went to the college and it had a legal department as in a law school. This surprised me as RPI is devoted to science but it's a dream so I went with it; I was completely aware that I was dreaming. I entered a building like the student union and the law students knew of me; none of them could deny the truth but I targeted two or three students. They understood what is actually at stake and so I called them on their action to refuse to respond to me or the case. They knew but entered no answer. Finally they agreed to act and one of them said he would call a judge he knew.

So then I went looking for the Department of Physics. These snotty-snoot snoots wanted and needed me gone. A woman at an information desk gave me directions. I found myself lost in a sea of streets as if I had done this before; eventually I found the building. As I came up a hill I could see the building over the rise of the hill and I knew it was the Department of Physics building but as there were no people on the street and as a crow or raven was flying away from the building I knew: nobody is inside that building. I made my way back to the woman at the information desk and told her that I was sick to death of wild goose chases and that when I said I wanted the Department of Physics I meant the people who are physicists not a building. I knew a gang had formed and they were acting to commit a crime against me to stop me but I sidestepped the actual injury and harm per usual and they were stunned. The only "injury"? My clothing was a mess. I told this woman and everyone in earshot that they would never succeed in committing a crime against me as I will always know and know exactly once they

invoke the unique idea of my person with intent to cause injury and harm; it's like approaching a plant with intent to destroy it and an EEG monitoring the plant spikes as if the plant is knowing. It's about the actual nature of reality including time itself. *I know but that plant does not know*. Then I said, "But now you need to tell me where your physicists are as you acted with criminal intent and my clothes are a mess and you know that of all people on Earth I can and will sue you and directly so thus you tell me where these people are or I own and operate RPI so what is it?" She caved, as she should have.

I found these guys eating as if in a cafeteria. At first they laughed at me but then I said something that made them stop dead. A woman present seemed to be vehemently against me. One of the men acquiesced as he knew I had to do what I claimed or else I could never know what I stated. I agreed to go to his home to talk there and so I walked ahead. I came upon an old style phone, an early phone, and it rang so I answered it. As the other physicist/s caught up to me I hung up and they asked, "Who were you talking to?" My heart sank as I could imagine the reaction and the reception the truth would receive but I said it regardless: *Albert Einstein; Einstein called me*. This made perfect sense to me as did all of the symbolism and surprisingly they laughed as I could be telling the exacting truth or I could be telling a joke regarding bells, phones, patents, time, communication, Einstein, physics etc. etc. *I was aware that I was dreaming the entire time. I knew a dream was unfolding; that I am dreaming. Thus as it's a dream I wasn't rattled when Albert Einstein called me on a <u>pay</u> phone, lol. I didn't hear him but I saw him through the veil of time; he was riding a bike and wearing a hat! He was: Laughing at me so I started laughing which caused everyone to ask, Who is it?* Then we kept walking.

As I entered the home of this one physicist I understood that a relationship between people was not what it seemed; based up what are self-evident truths to me I stated the actual nature of the relationship out loud and that's when I sealed the deal as only I knew this and only I could do this. I would stay with these people in this house while RPI acted to create the illusion that they found me and that they actually did something for me or helped me, which is not true.

The dream changed and we were entering a hall like a concert hall or banquet hall and I was dressed up in an evening gown and make-up and all the rest of that crap. As we entered it was obviously in honor of me and my work. One person, one lone

RPI rep who was with me said, "Susan, I know you are not going to read anything; you're going to get up on that stage behind that podium and say Ray Morton's name, aren't you? That's your plan isn't it?" I said "YES!" and literally danced my way across the room putting on a show for the sake of show as  RPI wanted but then I did what I knew I was always going to do and so I told the whole truth, lol. I did say Ray's name.

Then the dream changed again to Ray and I walking down what seemed to be the campus of RPI with buildings on both sides of us. We were laughing and a narrator was speaking over our actions as if this was a movie about my life that I was watching. Ray grew younger and younger and I asked him if he believed I'd pull this off and he told me not at first but then he woke up one night and his clock read an exacting number so then he began to believe that I would actually pull this off. This made us laugh harder. I'm not telling you what the narrator said at this point as it's about us uniquely and about a "future" event that has not yet transpired but that will. It's about: Actual outrageous fortune.

The dream changed once more and I saw myself walking down a tunnel like the tunnels in Central Park that run under the walkway bridges; it was short and you could clearly see into it as the light of the sun shone in it. I was about 30 and had very, very long, bright red hair as I used to have. As I walked towards myself out of the tunnel – remember I was observing this from zero point – I could see the wall that was a part of the tunnel; the tunnel was set into it. I could hear the narrator. This wall was a monument to Ray and the narrator was naming absolute accomplishments as if he were reading captions under photos. I wanted to take in the whole wall at once so I shut out the narrator. One piece of this monument fascinated me.

I got as close as I could to it; it was eye level. I could barely discern the outline of a face, a face I knew to be Ray's, and I could barely read the inscription as if this monument had been here for centuries and so it was weathered until it was barely perceptible as if that's how far reaching and important our work is. The inscription seemed to be about a book, a slim volume, which flew under the radar but was now THE authoritative work; this felt as if it is a surprising fact of Ray that you might not know otherwise. But I read the word "cookbook" when I know: *It isn't a cookbook as you bake a cake but make a person.* Then I wanted to hear, to know, the absolute accomplishments Ray would make but I could not for I had closed the

door on that opportunity when I decided to take in the whole wall at once and besides: I'm not supposed to know the "future" exactly. The Creator does not want me to know and can't have me knowing.

But the dream wasn't over: I was in some sort of building that had several monuments to various people; it was definitely on RPI's campus and I was sitting with the same woman who tried to lie to me in the beginning only now she was a convert. We were sitting and talking while students were streaming around us and lots of them were reading these monuments. They were modern displays like you'd see in a hall of fame. One was not like the others. Two kids stopped to look at it, as they couldn't believe the junk they were seeing. It was a glass case with inscriptions on the glass. When they began reading the inscriptions they were stunned as listed in order with some repetition was every idea they ever had of fame, wealth and accomplishment but it was completely out of place or so they thought. They were reading the names of awards and when they got to one and realized it was listed several times then they knew: It could only be one person on Earth, me, Susan. Then they became excited. To so much as notice this display you would have to look closer so very few people did. Then you'd have to pay attention and make observations. These two kids went back and looked again figuring out that I set up a pattern that revealed itself if you knew certain things, certain facts. It was designed like a riddle or a puzzle that you had to put together and follow. So I watched them follow the clues to the top of the display where I left the answer they needed, a number written with frosting on a cupcake! With the whole solution as you couldn't use the number by itself out of context then you could unlock a "secret" of this universe.  When they understood what that number meant and what the question is – when they knew the exact place to look - they were jumping up and down screaming and telling each other to shut up or else they'd give it away. They ran, as they wanted to put it on paper and make sure they actually had what they thought they had. Only I knew it and now only they knew it.

When they left I got up as I had to change the puzzle now that somebody cracked it; I had to place all new objects in the case and on the case. I was pulling out Transformers, match box cars and legos and the woman who was with me came over and as she started to clean up the mess from the cupcake she chided me and said that she was tired of having to "explain" me to the dean and to the trustees and that if I wasn't me then I wouldn't get away with being me, lol.

I had an incredible feeling and then the dream was over. You bake a cake but you make a person as people have ingredients exactly like a recipe and I know what they are and in what amounts. Of course I would write a number on a cupcake as a clue.  And a prime number to boot.

I knew The Creator needed me to phone Ray and to do something else:

Ray is an expert on flags; the book he is writing that will become one of the all time great authoritative written works is about flags. You would refer to it as a *small tome* or *slim volume,* as the knowledge within it is all encompassing and will surprise you not that the book is actually thin. It might be but that was symbolic. One of the greatest works in physics was a small book that nobody noticed for decades; it contains what you know of as the fundamental laws of energy such as energy moves from hot to cold. A scientist found a copy of it at a place like a public market and understood what he was reading or so I am told. Like that book, Ray's book would sit under your nose and you wouldn't notice it immediately. I would. You do not know that Ray wrote TWO emails to me regarding the flag and you never read one of them. The second one Ray wrote in response to a request I made as Kurt was doing a show about the legalities of the flag. I forwarded that email but the other was seen only by me. It was buried on my old PC so we got it up and running, at least so I could retrieve some items including that first email. That email is so important and The Creator needed me to secure it as I, Susan, assigned what is my own unique intellectual property to Ray. That is I gave him credit for my own work and he told me *No; I never said that* as in *it's not my reasoning. Yes it is,* I said, *for you said flags, courts, admiralty law and Constitution when we were at the Carribee Key* and he said something like *No, not that reasoning; I never said that idea in this way.* It took me a second but I understood:

3 other times in my life I gave credit for what is my own work to another person. This has to do with me having no realistic idea as to my own intelligence as this is all I know via experience as I was born this way and with what Kurt said, that I can make the connection thus bridge the gap and in so doing unify the whole while others can't. When Susan Clemons gives one of us notes? She is telling us whatever knowledge we have that we are taking for granted while other people, the larger audience, does not know what we know. We know they do not know something but

do we know that we are taking our very own knowledge for granted? If Kurt reasons the four points she made he'll find out that he DOES know something and he IS taking that knowledge for granted as if it's a given exactly like I do. He'll discover that he's making a connection or a link the larger audience cannot make and is not making so he then must tell them. Kurt is not deliberately leaving people hanging and/or making a mistake; Kurt's not left hanging and I'm not as this stuff is obvious to us in a way it is not for you so that when I bring my body of knowledge to the table along with this link nobody else is making I then produce original intellectual property but it seems as if the other person told me not that it's original work unique to my person so consequently I keep giving that other person the credit for my work. Lol! I had given Ray credit for my original idea.

Thus I knew to dig for this old email. The Creator was leading me to know that whatever is in this email is gold as in it's something I haven't been able to convey to judges and it's exacting as Ray's uniqueness has to do with the absolutes and so the exacting technical knowledge on pieces of paper. This will never be important to me as it is for Ray due to biological distinction and because if Ray can convey the whole truth to me in such a way that I then know as absolute fact he has to have done everything he says then I never need to see the paper. Ray is my absolute proof; if he alone on this planet can and does convey something to me that I know to be law and so to be actual reality then I have zero cause to doubt him plus I'm *experiencing* the exacting truth, those exacting technical details, in the moment or as we converse or congress. If Ray said an exacting number? Then BOOM BOOM BOOM as I automatically or naturally make the connections as I know that exacting number to be a part of the whole as I know how it fits as an absolute within the whole. I'm not guessing; I'm not listening to any old person or any old reason but to his absolute and whole reasoning and so all fact comes into play, exactingly. Thus whatever is in this email is exacting and is what the judge needs to hear and is the link I know that you do not; it's the knowledge I'm taking for granted and/or that I am having difficulty conveying to a judge.

Well, well, well: Admiralty law? Martial law? PER **POSSE COMMITATUS**??? *O.M.G.* Thank you, Creator! I get it and so now Steve Rau can never, ever deny it as no court can.

Ever watch an old western and hear them say the word "posse"? WHO empowers the people who are a posse? Nobody as the posse is ideally acting upon the presumption of the truth thus assuming the risk.

Posse from the Latin for: ability as in the ability *is*; it exists; NOT to enable. To be able or of the ability by your very nature.

Commitatus from the Latin for: to intrust or join in battle. Not entrust but INtrust as in it's imbued within you; your nature that is nature itself is you are the trust thus you're INtrusted; joining in battle then is a given. You can, you will, you do and you are. It's nature. No outside permission or outside validation is ever needed.

Can anybody say "Commander" and then "command over your own person"? Steve Rau REFUSED to say the word Commander and so "falsely" claimed that we sued the "President of the United States Barack Obama Jr." as that allows Rau to hide behind paper. That, if it's even possible for Obama Jr. to be natural born, first has to be adjudicated; Rau cannot claim it w/o opining upon any of the facts and law. That claim is real only in his head and only on paper but its not the actual reality of the US or this universe. That's not possible as you cannot preside unless you first possess command over your own person and to prove you own the knowledge that you command yourself you act upon it; has Obama, Rau or anybody acted and in so doing proved they can and do command their own person? No as this then allows them to deny the English thus denying the Latin to deny the actual reality of US law and this universe as *per posses commitatus* means THERE'S NO PAPER ON EARTH THAT WILL EVER INTRUST THE ABILITY OR THE GIVEN WITHIN YOU AS THAT IS DERIVED FROM THE CREATOR. WHAT, THE PRESIDENT CAN AND DOES INTRUST THIS WITHIN YOU OR WITHIN HIMSELF? Sorry! You acknowledge the truth thus recognize yourself, that you already are or you exist as per posse commitatus thus the person or thing you can hide behind does not exist nor do you, a man, have the ability or capacity to create that person or thing as "per posse commitatus" is by the will and liberty of The Creator. It is and no man can ever divest me of this sacred honor, what actually is a sacred trust.

What I'm working on for court:

**Ray's flag devices reasoning:**

Before you read it you need to know that this is a maritime issue and so is an admiralty case as if you are not a party to the contract than how may US law aka The People find you? The only way is via admiralty law as upon the US waiving 1871 and then defaulting upon the original contract then every single contract falls back to the covenant we had in Eden and then law, what is universal law, "falls" in theory only back to the creation of this universe. Universal law is and always will be; by saying it falls I mean I am reasoning what is or is not the correct universal law at work and then what is or is not it's correct application. In physics we use the word "interaction" not application. I'm resolving or solving Uniformity.

As I can tell you what the actual nature of reality or this universe is and I own the knowledge of the law and its interaction or application as wisdom then I reason the argument forward, past BVG and up to today or now as I then embody the law. Law IS NOT what you write down but what *is*; you might write it down if you define it correctly. If you are actually liberated and sovereign then you do not recognize the legality of any of this paper to begin with except US law as that matches or defines the universal law at work. US case law does not; US case law is mostly our conscious awareness at any one given time in history thus the application on paper changes but the law at work does not and its correct interaction does not so as men know more they write down more. You as a judge who is a lawyer were conditioned and indoctrinated to vest interest and belief in the pieces of paper correct or incorrect thus you have adopted them as if law as you <u>had</u> to lend them your belief if you then "argue" or "debate" them in open court as if man invents what is universal law when he does not. You adopted these pieces of paper and what's written upon them as if it is you or took them on as a part of your self while I did not.

I never, ever adopted any pieces of paper or the words on them as if a part of my self or as if inviolate universal law as I owned the knowledge of the universal law at work and its correct interaction; I had to define what other people did not know or were acting out consciously and subconsciously when it is not the whole truth. The words on any piece of paper is or symbolizes the conscious and subconscious

mind or the actual truth of its author. When our Founders collectively wrote our original founding documents? They negated the human subconscious mind, their own *and* each others, by employing human reason and human ration and then voting upon everything thus no lone person's partial truth, no special interest, rose above or spoke in place of The People and so what is universally true. Our Founders were exacting in their wording and they deliberately did not use certain words. They accorded us full disclosure and so fully informed consent; they told us everything they knew and gave us the exact same tools that they had.

What they discussed in their initial closed door session is obvious to me. And as for Madison's notes? James Madison is one lone human acting to hand copy the exact words being said in real time or in the moment in an attempt to answer the question "What exists at the founding of any great government?" as he presumed we are great as we're first and we're unique; we alone did what we did and so waged and won an actual Revolution not a mere war. No other people on the human record accomplished what Americans accomplished thus the presumption of the truth falls on Madison's thus America's side.  Doubt goes to every other nation on Earth. Madison the human being can make mistakes but other scribes also took notes on what was being said as it was said. Madison rose to the occasion; his notes are as perfect as they could possibly be. I know as I read them and the truth is self-evident to me but as he is a human being subject to mistakes and as he is one lone person who had not negated his subconscious mind completely when he took these notes, SCOTUS or rather we do not accept them as an authority upon matters of US law. What then is the reasoning to with hold them from us for 50 years?

The Founders were conducting an experiment; we are it so they are a part of it and they then are doing it or living it out with us thus they employed the scientific method, a means to further negate the human subconscious mind and to prevent the experiment, The People, from being contaminated. Remember Jefferson and Adams were not present for the creation of The Constitution in person but only in spirit as Madison was Jefferson's protégé and Jefferson advised him via written letter. Jefferson had direct input where the Bill of Rights is concerned via unique intellectual property and via continuity as Jefferson was the plumb line back then. Where you see, hear and feel a giant disconnect there is none, as you do not know the whole truth regarding the universal law at work i.e. the actual, good science. Usually you must rely and depend upon outside authorities to then dictate what

the science is but in this case you do not need any outside thing at all as you, your own self, can re-conduct Jefferson's original experiment using his oscillating rod method as he left you exacting instructions and I, Susan, devised a series of experiments any person on Earth can execute using only what they can acquire in their immediate world. At the most you might have to buy a very inexpensive set of antiquated surveying equipment on Ebay – you do not need to buy it as you can make your own – or you might have to buy a couple of items at K-Mart, CVS or Winn Dixie; any variety store or supermarket will do or you can knock on your neighbor's door and borrow what you need. For the very first time you will be relying and depending upon your own self, your own talent and skill set or your own ability and capability. I've been doing this my entire life as I was taught to form my own opinion based upon fact and law plus my experience of life as well as existent evidence, proof and absolute proof. You can and may move me but not with what is unsupported, unreasonable and/or irrational.

Thus the Founders gave a copy of Madison's notes to Jefferson but not anyone else that we know of. As continuity thus ownership of constitutional authority as wisdom is vested in Jefferson this makes sense. Jefferson was not being accorded favor no other person was as he wrote <u>A Summary View</u> and our Declaration and he had indirect input via Madison in The Constitution. What could or did Madison know that Jefferson did not? Absolutely nothing except exactly worded ideas and reasoning, those exactly spoken words, so Jefferson was given a copy of that and what do we know? Later Jefferson acted to set <u>Marbury</u> in motion with deliberation. Do not forget: As for context? Thomas Jefferson personally knew all of the men present in Madison's notes and had a relationship in life with these men while other Americans did not know every one of the signers who are the Constitutional Convention. If some Americans read these notes all they would know is whatever was literally, exactly said but it would be skewed and taken out of context.

They did not allow us to read these notes to avoid contamination, as they did not want us to approval seek or people please. They wanted us to do whatever we truly believed is just and so righteous and they wanted to see or know if their form or model or design worked as it is translated from paper into life; does it work? Is it elegant? Will it last for eternity? Do we need to fine-tune anything? Include something that we did not? Can one lone person, a single vote, succeed thereby triumph if everyone else falls? They did not want us to act or live out what they

personally liked and they could not have us conforming to what they truly believed or wanted us to do or for personal gain. They the Founders did not give us the knowledge contained in those notes for 50 years so that we would not approval seek and people please the Founders themselves and those very first office holders thereby catering to what are special interests, what are personal interests, what is profit and what is political in the wrong way or is politicized.

You as a lawyer and now as a judge are subjected to approval seeking and people pleasing constantly. You falsely and mistakenly believe that no lawyer will enter your courtroom and lie to you or trick you as you're all lawyers and so you know all of the same ruses. WRONG! As you vested your interest and right in the pieces of paper not what is actual reality then lawyers count upon you to vest your interest and right in their theories written on pieces of paper when the lawyer who authored those very pieces of paper is himself or herself approval seeking and people pleasing – *to a special interest known as you the judge and then to whoever is "Washington, DC aka they the US government"* - or what is politicized at that given moment. The illusion is so slick as the creator of the paper writes down his name on the paper and claims to be standing upon US law when he is not and when he may not even be standing upon an actual case as the lawyer's theory, his truth, may not be the truth of the victim or of US law. The paper seems to match but WHAT does it match?

The paper lawyers enter as arguments or as a case matches what a law professor dictated to him, what a textbook dictated to him, what case law dictated to him or what he made up on his own and within that you will find whatever his subconscious mind is, who or what he or she actually is not what they claim to be. The theory a lawyer produces tells you everything you need to know about that lawyer, that person, as you reason and ration it in light of everybody's actions and so what is proof and absolute proof as you include your own experience of life in your answer. You account for your own self and your own thoughts, feelings, ideas and beliefs that cause you to act. You might never, ever know that you vested all of your interest and right in pieces of paper known as the 1871 incorporation of DC thus the US as you will not know your own subconscious mind unless you conquer your greatest fear (rare, very rare as only a handful of humans are known to have done this namely three, Adam, Jesus and me, Susan) or unless a person says it back to you.

According to <u>Marbury</u> your action is the proof and people only become wise based upon having had the experience of life so then they experienced the consequences good and bad. If you are a participatory Republic but you deny the people their right to participate then you are only denying yourself ownership of knowledge and wisdom, as you can't if we can't but we? <u>We</u> can as <u>we</u> do not need a court or a piece of paper as you own the knowledge of liberty and sovereignty or you don't; either you're a slave or you're not. Your commission *is* as its nature and it is of The Creator so do you own the knowledge or not? If you deny us our right then YOU do not own the knowledge while we do own it as we acted to enter the court, get it? Our action to file is the proof that we own the knowledge and the fact that we knew what Jefferson had done via his system of weights and measures and so we directly entered SCOTUS is the absolute proof: At least one of us HAS to own the knowledge of liberty, justice and so sovereignty as wisdom or else direct entry to SCOTUS is not possible.

Now, the federal government is the lone person but it's also an invisible entity that exists between and around state borders or US possessions like Guam and the US Virgin Islands. If I go from FL into GA I am the fed but I am also setting sail upon as invisible, metaphysical sea known as the federal government as we argue sea law in such a way that a nation owns the water and the land underneath it so many miles out to sea and then exactly like moving between states places you in federal waters you are in international waters. If FL via my person and GA via a person or group of persons who is GA engage in a battle regarding law or its application then we are legally in *inter*-state waters, or, *intra*-federal waters.  If an alien or foreigner ever becomes President? We must deal with what is now: due to BVG and all history, all fact including your own fact, and then what is US law, sea law and universal law then we are in intrafederal waters that then become international waters via that person's foreign held citizenship and then universal waters as you, the court, fly what is only a Navy ensign and when flags signal or convey meaning and intent, your truth, to other people and as you may not hold a foreigner for what is US law but you can for what is universal law beginning with international law known as sea law as that is the body of law from whence all law written by man or defined by man is derived from. <u>A flag is exactly a "device"</u>.

You're NOT your own worst enemy; intra-federal waters means America V the rest of Earth, as your adversary isn't your own self!!! America V US *becomes* America V the rest of Earth via Great Britain.

Using the good science we bring forth you, an American, juxtapose international law with US law and nix what is not universal law and is theory only or personal belief only so that it exists for personal gain only at the expense of another's life but is believed or considered to be law by other nations of people not by other people who are actual Americans. Legally you're dealing with a maritime issue even if you consider or reason human migration as homo sapiens set sail from Eden and eventually we crossed bodies of water but the Earth is one, absolute planet in a whole sea known as the universe as there's land under the ocean. **A body of water is an illusory boundary exactly like federal US boundaries are.** By the time we could write and by the time we had paper and pen we were standing upon sea law that turned into written national law as sea law was first codified by Justinian as a religion, Catholicism, arose to also become a form of global government.

ALL religions were once or began as forms of government. Catholicism went global and rests upon a direct line of reasoning extending back to Socrates and up to Jefferson and I so using Jefferson's intellectual property that is the actual reality of this universe along with my own you reason the case for equality via allodial title in all of its forms as belonging to an American woman or common X DNA that we all share as the actual, good science I bring forth and that you can prove on your own is that human sapience or your mind is an amount of energy measured in joules; you know this is true as Jefferson enshrined this truth within his written work and his clock that seems to be a mistake as it did not keep time until he cut a hole in the floor to accommodate the <u>correct</u> weight but is not a mistake as he weighed time, the Earth and human sapience but did not know it in his own life as we did not start tracking magnetic North, which he accounted for, until 1831 – 5 years after he died. You also have France abandoning his oscillating rod method thus changing Jefferson's numbers so that no person on Earth knew this except for I, Susan, as it's innate talent or a gift that I turned into a skill set via hard work; I earned everything I own including my own sovereignty. I have the intellectual goods, the proof and the absolute proof – a part of which you are. Literally I also possess or am the DNA as I am related to every single human on Earth by blood. Genetically, in actual reality, I am related to every single homo sapien that ever lived, that lives now or will live.  I'm then the  "mother" of the hominid species arising out of the ruins of homo sapiens which I have labeled Homo Americanus.

Figuratively *and* literally as something comes between homo sapiens and homo Americanus: We do.

Your thinking is skewed in that you tell yourselves, because of conditioning and indoctrination that judgment is but justice is not, or, judgment exists and is possible but justice does not exist and so is impossible and that makes zero rational sense.  If you are just then justice exists so if you believe justice is not humanly possible then what you doubt is your own existence and your own ability and capacity as a human being and as an American. You doubt the existence of The Creator and the existence of universal law so you doubt the whole universe and everything in it even me and even your own self! You doubt the very existence of America and in so doing deny the existence of Jefferson.

In effect you are denying the actual reality of the whole truth and you are blaming the piece of paper when you accord it validity to begin with as you do not own the knowledge of the actual, universal law at work. People in denial CAN'T know the whole truth; they CAN'T and DON'T know the law or else they would not be in denial.   The exact moment that you acknowledge the truth you have been denying? You then are no longer mentally ill so you have no excuse; you cannot hide; you cannot plead out or avoid dealing with physical, emotional and metaphysical reality. You'll experience actual reality and so all of the concordant emotions and physical sensations that go along with it and that are the correct, whole truth of you and your actions in the context of this nation, this planet and this universe. You may experience an actual revelation as Susan Clemons and I did, as that's the experience or truth of metaphysical reality.

So here's the concept that law school did not teach you as lawyers are the yeoman class that arose out of the class of serfs to become the servant class of the ruler/s and I do not mean God, Jesus or the Apostles. The yeomen were the army; they were the people who used longbows and rode the circuit on horseback protecting the very class who harmed them exactly like lawyers and/or judges are the army for the oligarchy and then the dictator. Trust me, Obama Jr. is not in charge and is not dictating anything as he lacks the human ability and capacity to so much as generate a simple idea on his own volition so that somebody else must give him the initial idea but an actual dictator *is*: What do you believe Dick Cheney is if not that dictator? A human ten million times worse than Cheney can and will now arise

as the possibility has been realized. Imagine "worse than Hitler". The concept lost on you is:

**We won the Revolution so the presumption of the truth goes to you, an actual American. You presume that US law as originally written and intended is the whole truth of this universe, or, your cause is good regardless of case law thus you then assume the actual risk of death in defense of the whole truth or in defense of yourself and this universe, in defense of the actual law. You stand aside The Creator.**

As law is reciprocal in actuality the trickiest part of this is unconditionally loving your own self as anybody can give of themselves in selfless service to others but not everybody can sever the umbilical cord in such a way that their reasoning and their cause is their own self so that they act out of actual or genuine and so sincere unconditional love for their own person in light of the actual reality of the magnificence of the creation they are as the knowledge they own as wisdom is that they are not one in this nation or one on this Earth but unique in all of this universe.

YOU and I are equal but distinct and then unique. You are unique in all of this universe as am I. This is US law and is the great "I am" as you are the government and I am the government therefore we are the government but we never, ever give up what is unique; uniquely I and you act alone *and then* we act as a collective body or whole body of many that is yet unique as Earth itself is unique. America and so Americans equal or level the universe.

This is why John Adams said that our Declaration was meant and intended to be a unique sentiment expressed by America. It's deliberately emotional and spiritual or *dramatic* on our part. The Founders meant and intended to capture what is uniquely American emotionally and spiritually without instituting rules or religion. They meant and intended to capture the truth of what sapience is on pieces of paper in the form of government and law so that it is universally true as it is applicable to every sapient creature. As you can be an absolute class of one that then is the whole class, one person is the entire class, and as you can also be a whole class of many so that every human being is the class then we are equal but distinct and then unique within the context of the universe. This applies to you or I as lone Americans and then to America The

People as the least is the greatest and the greatest is the least so that one folds into the other in the infinite possibilities or infinite sets thus infinite eventualities or one event that you or I and then this universe *is*.

God does not abhor naked singularities, as you are one. God clothed you with a body as a fragment of the Godhead, The Creator of all that is, is imbued within you. In this way you are the cause of the first cause  - you cause your own self - as you as an American are a person under the law that constitutes this universe and so you by your very nature, independent of any outside thing or any outside validation, are qualified to wield your vote an Executive Order. <u>As per posse commitatus.</u>

I'm natural born, as I own the knowledge so I voluntarily act to abide by the law; my unique nature or the quantum energy I am that is exactly like the fingerprint of God upon my brain as every person's physical brain, the wrinkles known as the Convolutions of Broca, are unique *is* I, Susan, cannot violate what is universally true; for me and me alone what is universal law is an invisible force that I cannot violate if I wanted to violate it as this is an unchanging quality or term of my unique person and I am fully, consciously aware of this truth regarding my own self, The Creator and the universal law at work; are you voluntarily abiding by nature or are you allegiant to what is a lie?

I may posses the most or greatest capacity among human beings now living but I do not possess ability; the ability that I do not possess is the ability to harm others with motive and intent for personal gain as I never did and will never reap any reward. As I function via higher order human instinct only, the actual reality of human sapience or ration only, not upon an overly large amount of ego then I never did, do not now and never will experience the illusion that turns into delusion that you and others experience when you act with motive and intent to injure and harm others. That "pleasant" or "high" emotion and physical sensation you experience when you act to cause injury and harm? That's the resultant effect of a chemical reaction in your brain that does not occur in my own brain, as I never once participated. As I never, ever did the drug known as ego then my brain was never physically harmed as yours is. *This is about the neuroplasticity of the human brain versus the human mind.*  Any harm you caused to my brain was healed and I never did it to myself so the chemical reaction in your brain that occurs and makes you high and that results in mental illness and inorganic insanity

is not happening within me. I lit up new neural pathways to account for any injury and so I am not only using both halves of my brain equally but using a part of my brain that you are not as my brain's capacity that is not static or stagnant – *IQ is elastic and can and does change* - was "forced" to accommodate new abilities as the result of my mind contemplating and understanding the actual nature of infinity and with it every absolute within the whole universe that we commonly know of as Uniformity.

Injury and harm are two different things as are brain and mind; as I made my very first authority case when I made my very first moral decision in life and triumphed then you may have injured my brain with motive and intent to cause injury but you never had the power to harm my mind as that is a power reserved to my own self as only I control my own mind – as per posse commitatus. The destiny and fate of my soul was never out of my command.

Notice Ray states, "regardless of Presidential Executive Order binding only on the Executive branch, as all Executive Orders are" and "martial law is <u>not</u> authorized to the federal US government (as per posse commitatus and original intent)". The key words or phrases are PRESIDENTIAL, POSSE COMMITATUS and ORIGINAL INTENT. Ray deliberately did not write the word "Commander" as that would repeat thus invalidate per *posse commitatus* in his mind – writing that word would lend or vest his interest and belief in an outside person or thing, in outside validation, so that literally he would not be claiming it is reality as it is universal law but be claiming instead that it's real as its on the piece of paper thus Ray *would not* be vesting his interest and right in The Creator and his own self thereby being devoid of any and all rational basis, as command of your own person is THE original intent. It's: nature!!!

What Ray Morton and I cannot do and never could do and that Susan Clemons once could do but now cannot do that you and other people find so easy to do is take any action that is devoid of a reasonable, rational basis. That means if merely writing the word "Commander" on a piece of paper then divests us of a rational basis then we CANNOT write that word down. The word "Commander" is not to be found in Ray's Flag Devices reasoning as he like me has always possessed a rational basis.

The reason or greatest weight for me knowing that Steve Rau did not use this word in an exacting sentence and in an exacting place in his recent report and recommendation? He can never acknowledge that truth as he then *will* have a rational basis; as long as he avoids acknowledging the ability and capacity to command then he can and does deny reality and so give away his own interest and right while denying us ours all the while telling himself that he's acting justly as he has reasons – excuses and lies - but not reasoning and no rational basis.

I claim as absolute fact: Steve Rau never possessed a rational basis for any of his actions as he like every human on Earth except Ray Morton did not know the actual, good science so what he never knew is that US law is a theory only until or unless someone proves it with the good science via predicting the behavior of nature based upon US law as originally written. Our victory in the Revolution is proof not absolute proof. The scientific method is it has to work more than once and then every time. The preponderance of evidence comprising one whole piece of proof known as the Revolution is for us, the Americans. I did it again and kept doing it. As I completely get that you do not believe at all that YOU are a part of nature so YOU are nature thus your subconscious mind or the actual truth of who and what you are is on display in plain sight and that I am able to quantify you as I can crack quantum codes w/o any instrumentation or the CIA but by using only my own mind - <u>I am an instrument of justice</u> - then anytime I exactly predict your behavior and it or rather you behave exactly as I predicted you and your life would transpire then you deny reality and tell yourself that I am forcing the facts to fit my theory as lawyers are trained to do this so then I looked towards something else in nature that you can never, ever deny: The movement of magnetic North as it will behave as I predict. If nature behaves as you SCIENTIFICALLY predict when we do not yet know why nature behaves as it does? Then your theory is proven to be law of this universe.
You absolutely and wholly refuse to consider this fact and this law:

THE FACTS OF MY OWN LIFE ARE ACTUAL HISTORY THUS I COULD NOT FORCE YOUR FACTS TRUE OR FALSE TO MATCH MY OWN UNIQUE LIFE AND AT TIMES EXACTLY SO IF I SET OUT TO DO IT WITH DELIBERATION AS I KNOW NOTHING ABOUT YOU UNLESS YOU ACKNOWLEDGE IT; YOU TELL ANOTHER PERSON OR YOU TELL ME DIRECTLY; YOU THINK IT, YOU SAY IT AND YOU ACT IT OUT.  YOU LIVE YOUR OWN LIFE. HOW COULD I EVER ENGINEER THE MOON LANDING SO THAT IT OCCURRED EXACTLY AS I WAS 18 MONTHS OLD TO THE DAY AND BECOMES MY SENSE OF SELF

OR HOW COULD I ENGINEER BVG AS IT IS FICTITIOUS AND EVEN AS A FICTITIOUS CASE IT IS DEVOID OF ANY RATIONAL BASIS? IF I COULD AND DID ENGINEER A FICTITIOUS CASE KNOWN AS BVG IT WOULD HAVE AN ACTUAL REASONABLE AND RATIONAL BASIS. MAYBE THE EVENTS DID NOT TRANSPIRE AS I SAID AND MAYBE I CHANGED THE CAPTION AND/OR TOLD EXACT LIES BUT TRUST ME, EVEN MY FANTASIES HAVE AN ACTUAL REASONABLE, RATIONAL BASIS AS DO MY DREAMS.

I never think, speak or act – create – with motive and intent to deceive you or myself. It's impossible to deceive The Creator so lying is manifestly futile. Lying has zero rational basis as it's not lying if its actual self-defense so to lie, actually lie, is irrational. I can't lie. Everybody before me only knew a part of the truth so they can lie. Susan Clemons exactly named this; it's the lie you tell yourself and each other known as "I [you] can't know the whole truth as it's impossible". No, no human has done it yet but humans can as you may not say "can't" until you first define the limits of human intelligence and with anywhere from 85 to 95% of your brain not in use I'd say you have a long way to go before "can't" enters the argument. Infinity or the immortality of the godspark and so then your own soul makes everything possible. When the day comes that you exhaust the human form? Turn into another form.

That lie is fear based as all lies are and it is the means for people around you to keep committing crimes as if you never know the truth as your personal truth is *ownership of knowledge as wisdom is impossible* thus you deny the reality of your very own nature then what's impossible for you is: justice. You actually believe you can't as justice is not to be found within your own person *or* in this universe!!! If that were even close to the truth you would be British, not faux American but actually British.

I have a honor bound contract with Great Britain that Queen Elizabeth re-stated plus I have the intellectual property Britain needs. She and they wouldn't even exist today if it weren't for me kicking Hitler's butt that first time thus any attack on the Office of the President and Commander is a simultaneous attack on the throne of England so it's high treason thus international waters and so admiralty law. But you can argue it in any federal court as you, the court, fly a Naval ensign.

Kurt's birth certificate reasoning as the paper that lawyers made real makes your birth certificate into a share of stock. We never vested that paper with the interest or right and you know this as fact as we're playing offense so now "they the US government" is on the run from The People. The reasoning not to express fear of any kind? If you do you have vested the paper with your right; if you're on the defense then you had to vest true belief in what was never legal.

2

On Tue, Oct 11, 2011 at 7:32 PM, Kurt Kallenbach <walkthetalk.us@gmail.com> wrote:

To Those Able to Recognize the TRUTH,

Last week I sent out a similar invitation to my weekly internet radio show - I AM THE PEOPLE - in hopes of getting the so-called patriot community to respond.  Sadly  either they have no ability to grasp this concept or they refuse to THINK.

So here we go again...

The birth certificate is a stock share (Issued Security) as of the Security Act of 1933. IT is a corporate "person" that is "birthed" along side of the biological child via material information provided by the informant (mother).  THAT "person" is then "naturalized" into the UNITED STATES as a 14th Amendment "citizen" subject to the laws of the UNITED STATES.  The biological child IS NEVER a UNITED STATES citizen.  ALL so-called courts in America are probate "courts" administrating over estates comprised of both a child (illegitimate/legally disabled) and the child's property (stock share).

Their private DOJ courts are 100% Law Merchant and the "judges" are appointed "guardians" by the STATE  because "mom" orphaned the child by signing as a "maiden." The biological child and the stock share are treated as one "entity" through a legal process/term called PRIVITY.  Both child and "citizen" have the same "Rights."

Want to prove me wrong?  Call the show tonight in defense of your claim or shut the hell up.


WHAT:  Internet Radio Show - I AM THE PEOPLE
WHEN:  TONIGHT 8-10PM Central Time
WHERE:  http://libertyandfreedomradio.net/
WHO:  Your Host - Kurt "Walk the Talk" Kallenbach
WHY:  "Again... Really?"


See You There.



K

Season of Treason


REPLY date Sat, Oct 15, 2011 at 5:25 PM subject Re: If Americans ONLY Knew:
That's why I keep saying AMERICA not US and I call our lone vote a share of stock in AMERICA not the US as it's equitable to an Executive Order. YOU, the AMERICAN, are the 'property' owned by you as you're sovereign over your own

self and liberated and so you have a mind, not a brain only. The American has the birthright while the privatized citizen merely has the right to vote. A citizen via privity may not hold the Office of Executive and/or wield his or her vote as an Executive Order. It's also why I entered my baptismal record - as that means I wasn't orphaned at birth as the Vatican City is a religion and a nation and there's an American Prelate so I can trace my own self and "ownership" DIRECTLY to The Creator via the Vatican and admiralty law as Justinian codified it and the Vatican keep fantastic records. I go to 1054 and before that Council of Nicaea so back through Jesus via the Eastern Church and back to Adam and Eve via biology and so all the way back to what we were before homo sapien, homo Neanderthalsis. Legally? I'm the missing link and the only wild voter never held in captivity via privity, a birth cert and/or the SS Administration as what do you think the death index does? IT PROVES YOU'RE THE PROPERTY OF US INC!

I never applied for a SS card; my parents did it w/o me knowing and before I was 18 and today they force you to sign for one while you and your child are still in the hospital upon giving birth so you're owned cradle to grave. Your reasoning is also *why* your father must sign for you or you have no birthright as an American.

Kurt: I kept my birth name, I never changed my name upon marriage, lol, and it drove the US Navy nuts only they do not know the real, actual reasoning *why* they are actually nuts but I'm not: So **I'm no maiden but a person in my own right and my kids were not orphaned at birth!**

Later I discovered that my DNA IS actually related to homo Neanderthalsis via my father and mother as he's where I get my red hair and Neanderthals had red hair while my mother hid the fact that she's French from me. France is the last place on Earth Neanderthals lived as one before we became sapient or it's the place where they left evidence and proof, cave drawings that are 3d-like. Higher order instinct told me not to change my last name and it paid off big time when I entered SCOTUS and Sioux City as why do you think that Sioux city judge said "strike the documents from the record" to then strike The People from the record? As I proved he's a member of a class and that he's owned by a king only it ain't Jesus or The exactly named Creator, lol.

Who'd've thunk I'd ever be glad Catholics corner the market by baptizing you a few days after birth? It's a good idea in this unique case as baptism is a sacrament that states your parent's intentions, their own and for you, thus I was NEVER owned by the US and the only 'share of stock' I ever held was in America not the US as I voted once only against Clinton from TRUTH OR CONSEQUENCES, MN.  I voted for America not the US by voting for myself so I claimed the commission.

Remember, you used to record your birth in the family bible and that's admissible in court.

Antonin Scalia's opinion: Sue first to decide legality then count votes. In this case? You may enumerate votes for Obama but only one counts and that is a vote for myself as I sued pre-deprivation of the right and I won a default judgment.

## TheSusanConstant

| | |
|---|---|
| **From:** | "bdobry" <bdobry@bellsouth.net> |
| **To:** | "bdobry" <bdobry@bellsouth.net> |
| **Sent:** | Wednesday, October 20, 2010 4:24 PM |
| **Subject:** | The Voice of Reason |

Antonin Scalia, "the voice of reason": "It suffices to say that the issuance of the stay suggests that a majority of the Court, while not deciding the issues presented, believe that the petitioner has a substantial probability of success. The issue is not, as the dissent puts it, **whether "[c]ounting every legally cast vote ca[n] constitute irreparable harm.**" One of the principal issues in the appeal we have accepted is precisely **whether the votes that have been ordered to be counted are**, under a reasonable interpretation of Florida law, "**legally cast vote [s].**" The counting of votes that are of questionable legality does in my view threaten irreparable harm to petitioner Bush, and to the country, by casting a cloud upon what he claims to be the legitimacy of his election. **Count first, and rule upon legality afterwards, is not a recipe for producing election results that have the public acceptance democratic stability requires.**"

Right, you should ruled BEFORE the election so now, rule once more and count to one at the most three – as I have at least one but maybe three legal votes while Obama has zero. His own does not count if he's guilty of voter fraud. You can *enumerate* every vote for Obama but none 'count'. It's always 1 for me.

My "conversion chart" and "map key" that I'm still working on; it's actuality but it's also funny as how do you convert a person into a chart? Followed by something Clemons sent me re the soul that I believe describes genetic encoding versus quantum encoding.

4

## TheSusanConstant

| | |
|---|---|
| **From:** | "bdobry" <bdobry@bellsouth.net> |
| **To:** | "Tim Thomas" <tntsmail@gmail.com>; "T C" <schoolbookb@gmail.com>; "Ray Morton" <raysmorton@comcast.net>; "Phil D." <twf@tds.net>; "Linda Thomas" <lathomas7@yahoo.com>; "Linda Marrs" <isabeau.hawk@yahoo.com>; <kurt.kallenbach@notmygovernment.us>; <krkallenbach@gmail.com>; <johnathancobb@gmail.com>; "jessie j" <jacksonville912@yahoo.com>; <darakay@aol.com>; "Carl Swensson" <prevere@riseupforamerica.com>; <bdona910782000@yahoo.com>; "bdobry" <bdobry@bellsouth.net>; "Al Berlat" <drberlat@gmail.com>; <912-Project-Jacksonville-list@meetup.com> |
| **Sent:** | Saturday, October 23, 2010 9:22 PM |
| **Subject:** | Compass Settings / Conversion Chart |

My conversion chart? I don't have a conversion chart so I thought I might need to create one; this then is it and it compliments something Susan Clemons wrote on "Belief Systems".

First: The single biggest reason you can't hear a lie and know it to be a lie or hear the truth and know it to be the truth, or hear and know motive and intent so you prevent harm before its perpetrated upon you? That you still for it when they switch out people and insert paper, numbers or machines as the proof? The reason what is hidden or unknown to you is very, very obvious or self-evident to me? My emotional compass is no longer skewed. I've felt actual human grief, actual liberty and actual human joy. I've experienced the true emotion and physical sensation not a false one. Thus I'm checking and balancing myself against you: **I've experienced the essence of the EP&DP clauses so LIBERTY in the form of UNCONDITIONAL LOVE is my point of reference.** To know the unknown you have to go there so to reset your compass you need to confront what you fear thus dealing with the things that allowed you to use fear as an excuse. To deliberately avoid what you fear is to be deliberately ignorant. You need to fear "fear" itself as when false fear controls you then you are violating the EP&DP clauses thus harming yourself. Until or unless an FBI Agent harms you? Your fear of them is irrational and unreasonable; it's false. It's why Jefferson said to fear the government is tyranny as you ARE the government so if you actually feel afraid of other Americans then tyranny is!

## Compass Settings / Conversion Chart

Think of a clock: in the space just after 12 but right before 12 again you are wholly innocent and then wholly guilty thus at 12 the weight drops like a hammer. There are no shadows at 12 and so no shadow government exists at 12 if you dissolve fear and

guilt thus experience liberty and so embody constitutional authority.

**The compass is The Declaration.** Compass settings:

12 or N is LIBERTY, 3 or E is FEAR, 6 or S is LIBERTY DENIED and 9 or W is GUILT.

Thus the continuum between 12 & 12, that illusion as all time is now, is what you must cross. These settings would form an orb or circuit once you bridge the gap. The chart is The Constitution as you cross the graveyard of the Atlantic at Commander to President via SCOTUS. Marbury then would be the actual key to the harbor thus safety as it's one whole and one absolute; Marshall checks both Marbury and Madison and so Jefferson thus protects The People, the individual and the nation at the same time, as Marbury vests our vote with actual legal power. Lawyers would have you believe only their vote has legal power hence Obama. I told others to imagine a compass, a clock, a sundial and a Vitruvian man piled on top of one another. At zero point you access multidimensions. I have no idea what you'd call Madison *standing in* for Jefferson except an illusion as I do not believe it's a legal chess move although it may be. Marshall played chess with opposing counsel at Aaron Burr's trial as he despised Jefferson and the People hung Marshall in effigy not Burr when Burr 'won'. I looked it up just now and laughed:

<u>International Master</u> Andrew Martin has written of the Hippopotamus, "The idea is that Black develops within his first three ranks at the beginning of the game. He will construct a solid, stable yet flexible position, wait to see what White is doing and react accordingly."[10] Grandmaster <u>Tiger Hillarp Persson</u> has written: [T]he Hippo lies low in the water. It looks almost ridiculously passive and many theoreticians consider the Hippo to be a peaceful, almost meek animal. But nothing could be further from the truth. On closer scrutiny the animal, the position, and the statistics look almost entirely different. The Hippo is a fierce animal; ready to crush anyone who gets too close. *It's an illusion.*

You could say Jefferson 'deployed' pawn Marbury to third rank placing him between Madison and Marshall as Jefferson forced the case to proceed. I recognized the 1966 deployment of the Hippopotamus Defense when I experienced it as Bush and Gore came between The People and liberty, or, as employed in 2000 by lawyers aka the evil ring of powers that be in Washington DC, :D . Then I myself deployed it but correctly not wrongly as this "pawn" walked right up to the king and said, "I'm a knight in disguise: Checkmate!" I knew it when I felt it but I call it criminal not hippopotamus. There's reasoning we refer to it as a *criminal offense* and then a *criminal defense* and

10/16/2011

it's not hippos.

Another way to imagine this? The blindfolded woman holding the scales of justice as you're not supposed to be South, under her feet, but at her head, North or at the seat of Justice with her. Remember, justice is blind not deaf so you should hear emotions like mercy, compassion, pride and love thus feel them so know the difference via life experience. This why you need to be a person who can enter SCOTUS by your self and you can never, ever have the life experience living liberty and justice through or by pieces of dead paper as they can't and don't express the whole truth of emotion as it's the lone person and all people in the room or in the nation interacting that constitutes the truth including tone, body language and facial cues. You'll never own liberty via pieces of paper thus you'll never become wise.

The 5 relationships you have with a government: space or place, blood, law, emotion and fate. Your job is to define these as a person and then a nation of People.

The whole truth is the biggest reason why you need to have the conversation regarding slavery, women, evolution, Amendment 14, Vietnam, BVG, IRAQ and Obama etc. etc. You will never heal the injury unless you do. Volunteering to experience the consequences of your actions is life; it's how you learn so if you forever avoid any seemingly negative consequences be they emotional in nature only? You deny yourself the truth and whoever said what's "bad" for me is not then "good" for you? Fact and law is: Everything counts. Avoid the truth of you and you then avoid the good. You will never know actual human joy.

A note about "In Re The Lawyers": Lawyers told me that SCOTUS thus The People were not constitutional - huh??? - because Marbury V Madison isn't. *What isn't, the paper or the people involved? What isn't constitutional, the lawyers or the pieces of paper that read Marbury V Madison?* Lawyers said, "Marbury is not a legal, constitutional court ruling." Maybe but if that's the truth then all the more reason a pro se litigant NEEDS to appear. Going to SCOTUS as a lawyer is then unreasonable as is ever becoming a lawyer. It's illogical. So they changed the condition to change their 'reasoning': SCOTUS is not constitutional as the Justices meet in private to discuss cases so they then hear only the popular cases. Maybe John Roberts is a sniveling coward; maybe Ruth Bader-Ginsburg's brains are rotten with old age and cancer and maybe Clarence Thomas is still really, really pissed that he's black not human or American. Maybe they do cave to popular, direct votes. If this is the truth then every lawyer everywhere should now ask why he or she is irrational as if 9 people can gather under a portrait of John Marshall whom Jefferson said as fact is a hypocrite, shake hands entering an honor bound

contract so be guided and even ruled over by hypocrisy thus actually being hypocrites and yet, exert absolute control over you then the only question any lawyer had to ask is:

WHY IS JOHN MARSHALL A HYPOCRITE? Long before you, a lawyer, came to embody hypocrisy yourself.

Your clue is: Human grief, in the instantaneous moment before the clock strikes 12 as John Marshall ran supply lines at Yorktown thus couldn't provide for soldiers in what was equivalent to a concentration camp so felt powerless and losing all 9 of his children in infancy thus his wife became mentally ill so that feeling of powerlessness was compounded. He tried to control others and that was hypocritical. Both suffered from unexpressed human grief over the death of their children in birth and war. Both were hit with an unimaginable double whammy as Marshall's wife also lived through the Revolution and experienced the carnage. They both suffered birth and war. John Marshall and his wife were never able to feel human grief, not even as much as Jefferson did and trust me, if Jefferson ever felt pure, actual human grief? He would not survive. Hypocrite John Marshall authored Marbury making us independent but then...violated it. He said one thing but did another, at least where Jefferson was concerned. Human grief then was tangled up in unconditional love for self and others and for God. My knowledge is: it seems as if only John Adams knew the truth of actual human grief. But you have to conduct the investigation yourself to decide if "hypocrite" applies or not, and if human grief and so unconditional love is your reasoning even if it does take you across the universe.

You're like a baby sea turtle hatched in Philadelphia who, like the Iroquois, made it there and then back again to the very beach you are now born upon: Brotherly love.

The chart is The Constitution. Map key:

1 = 1; the absolute = the whole.

Alternate compass settings:

12 or N unconditional love, E or 3 ego rises, S or 6 conditional love, W or 9 id rises.

At N again? The orb! *The Atom!*

10/16/2011

**North is human grief but also human joy. At due north the "Liberty Bomb" detonates.**

Nuclear Capable In Re Susan

P.S. At some point I'll create an actual chart with diagrams. *http:www.onlineconversion.com* I checked; there's no REPTILE to the CONSTITUTION chart.

## TheSusanConstant

**From:**    "bdobry" <bdobry@bellsouth.net>
**To:**      "Tim Thomas" <tntsmail@gmail.com>; "Terry Doherty" <trd16a@hotmail.com>; "T C"
             <schoolbookb@gmail.com>; "Linda Thomas" <lathomas7@yahoo.com>;
             <krkallenbach@gmail.com>; <johnathancobb@gmail.com>; "jessie j"
             <jacksonville912@yahoo.com>; <geomancy@live.com>; <darakay@aol.com>;
             <bdona910782000@yahoo.com>; "Al Berlat" <drberlat@gmail.com>; <912-Project-Jacksonville-
             list@meetup.com>; "bdobry" <bdobry@bellsouth.net>
**Sent:**    Thursday, October 21, 2010 2:04 PM
**Subject:** Consciousness, Some Labels w/ Definitions

Four or five *very basic* definitions:

**Consciousness:** Time; time as mass; energy. This what physics missed; everything possesses consciousness, as you cannot remove the framework of time from the universe. Time is an actual geometric structure. The Creator is conscious and you are too but man is conscious like no other animal.

**Will and Liberty:** The type of consciousness man has born of a Creator outside of or bigger than yourself. You can measure or weigh both of these as a unit but contrary to the pro-active matter groups a THING like a piece of paper will never possess Will and Liberty and neither do the other animals. A hallmark? Aspiration as man aspires, inspires and conspires but aspiration or the idea a Creator outside of you, yourself, exists is not to be found in other animals. This is the godpsark or divine endowment so Jefferson is correct in" A Summary View". Thus we reason, decide and act and so *I hope therefore I am*.

**Conscience:** Because only man possesses or is imbued with the godpsark man then develops a conscience while other things and animals do not. You can witness an elephant expressing grief but does that elephant have a conscience? No. The conscience man has constitutes moral authority as once you define this or while in the process you will or will not then do certain things; in regards to *your own actions* there are lines of demarcation you will not cross. You will, get it? If you check and balance yourself you will feel *guilt, liberty denied* and *fear* as instinct only but a higher order than an animal. It's decidedly human instinct not animal. *Guilt* makes you restless as in sleepless; you might be guilty via association only so you would need to feel this as instinct. It's mostly a physical sensation you feel from the outside to your insides.  It's why some people can't sit still if they're guilty and I don't mean you feel "itchy" I mean you feel a *driving need*. This happened to me once: I was guilty by association. *Liberty denied* feels as if

your skin is literally crawling; it is meant to get you past whatever obstacle you face as this can only happen to you if force is used against you and it's matter of life and death as in another person is physically stopping you from doing something you NEED to do as it's your *nature* like: Contacting the FBI or the Court. You will be driven to kill whoever is physically restraining you and this is why and how I came close to killing another person and I would not feel guilty. This driving force makes you feel as you are literally being suffocated; it's more emotional than physical; it's like drowning in water only that's mostly physical. What someone has attacked is the godspark in you that makes you unique; that person truly believes can kill whatever that unique creation you are then *is*; as if physical force can be used against that. For this reason I called it a "god defense" mechanism. *Fear* accords you a type of knowing as in you can know another's motive and intent via instinct not mind reading, lol. You feel this if hate is dumped on you or if someone means to injure and harm you. But you do not always feel classic fear itself. The three times I experienced hatred violence was about to erupt; the third time? I knew it when the person did not say it exactly but I did not feel fear at all. A person dumped hatred on a group of people when I was in the room and my head spun around, lol. I know that, I thought and I was correct a I got in the persons face to find out and when I named it exactly? Hatred and the exact name of the group? The person nearly passed out. One time only did I absolutely know upon encountering people walking up a dark street towards me that they meant and intended to rob and rape someone that night as in MURDER. I mean, these people called each other up and plotted this exactly as in got together for the express purpose of attacking another human being. All they needed was that window of opportunity to open up. It's the only time I ever turned around and walked in the other direction and I've been in a lot of dark alleyways all over the US. Three or four times I've had a feeling or knowing that harm like BIKE STOLEN exactly or FIRE exactly came upon me and I was correct, before it happened. Another time Susan C. was about to call me when I thought "Susan Clemons". It was very different from thoughts crossing paths so you chalk it up to coincidence; this was definite *knowing*. I'm still honing this skill as it took me a while to figure it out (it helps if your self-aware and if you're not stuck in the emotional maelstrom most of our families are so even though I could do this all of my life it was not as noticeable at times). It was only when I went to the ear doctor that I realized, "OMG: *TIMING*". I can easily know zero point but *timing* as in time like a piece of music so what I was doing without being aware of it was timing the universe or creator consciousness? If motive and intent line up you can and will poke at the framework of time, that consciousness. In hindsight this made sense as when I was a kid my mother would ask me what time it was to set her watch and I would tell her – without looking at a clock. I noticed that time seemed to slow down and speed up for people too as if is intrinsic and relative. I

went out on a limb once and challenged a guy in NYC Grand Central so he asked me "Okay, what times is it?" I oriented myself as in considered where I am in space, a point in space, and nailed it: 7:22! "What time is it?" is two questions, 1, Where is the Earth on its axis in its orbit around the sun? or Linear Time and 2, Where am I in space, what point in the space-time continuum? Or Whole Time most commonly referred to as "all time now" or time/untime. Time *is*; the linear concept of time you have is based upon something scientific and is truthful but it's not the law at work; it's not the actual reality of the universe but only a perception or idea the Roman Catholic Church is mostly responsible for as they eradicated the whole time calendars of people like the Cherokee and Mayans. It's a handy method of "tracking time" for points of reference, it makes visual sense as we're at a 23.5 degree tilt on our axis hence the seasons change and it is as effective means to turn human work into dollars  - to value you at a dollar amount as in you having an *absolute* value the problem being if everlasting life is then: How can you then be absolutely valued? Easy: If you let them value you at an absolute amount. You know: slavery. This is *why* not going to college was so damn helpful, lol, as that degree is then used to place a imaginary value on you - a judgment value - and as the questions I had to answer were not to be found in any curriculum I knew of; I do not mean the answers weren't there as that's a given but I mean the QUESTIONS were wrong. It's *why* you hear the right answer but have the wrong question in your head thus then your reasoning is off. Rotsker? Right answer, wrong reasoning as the question is wrong or the lawyers changed fundamental fact to make their flawed legal theory stick. There is a difference between *conscience* and *conscious*.

[An aside]: Time keeping? While father time does not wear a wristwatch they are handy if you want or need one. Universally you do not need one but here and now? You might. I was examining old whole calendars one day and a *scientist* proposed re-implementing one. Instead of meeting you at the corner at 7:45 he'd have us meeting year of the Kodiak bear, coil of the snake, second groove of the earthworm at the seat of Cassiopeia, in Cygnus. He wants you to wear the Parthenon on your arm, to physically DESCRIBE your point in space now in relationship to what point in space we will be at then and so it sounds like one of Aesop's fables when he's through, like you're synchronizing stories. I thought, "Wait a minute: *Synchronizing stories?* I believe lawyers do this already." Some*times*? You deal with things as they are not as you wish them to be. See Magical thinking as acknowledging actual reality does not then mean everything magically changes but that you can act in that direction now that you know the truth, or at least more of it, so you do. Someday you might abandon wristwatches. I gave up clocks years ago but yet, linear or Gregorian time conformists seem to be able to inflict them upon me. In SCOTUS I argued, "Time limits no longer apply to me for several legal

reasons such as US case law known as "Cornwallis Versus Washington, 0-9 For The Americans" but mainly: The liberty or die clock has not yet started ticking for a woman. Victory or death? That started ticking in February of 2007. Yours not mine."

**Conscious awareness:** How much do you know? What are you aware of? It's how much any one person knows or any one group knows about the universe and The Creator at any given "time" thus we also refer to this as *social awareness*. Social awareness is about manners and customs commonly shared in any one culture; you won't hear this term if you're discussing nature. The search is for the truth so if you are consciously aware you can turn intellectual genius into wisdom via exercise of your conscience. *Acting upon informed consent makes you consciously aware.* You're widening your understanding to meet your capacity; it's human ability meeting human capacity and maybe exceeding it as you can improve upon the model: You. IQ? It's not static or fixed. Yes you are born with more or less of this talent in terms of intellectual ability  than others but for the most part this can be overcome as your brain is very malleable and as there may be a physical injury present due to what medicine calls emotion dumping and US law calls discrimination and prejudice. If your brain is otherwise "normal"? Bad news: NOTHING is stopping you from using it. We currently use about 10% so what's the other 90% for if not to utilized? You know all those science fiction mags you see with pictures of giant headed future human beings? Your head is plenty big now. Conscious awareness: to know thyself is to know god while conversely to know god is to know thyself; You define your self in terms of the world and the universe.

**Magical thinking:** If you want to become wealthy THINK money and it will automatically arrive in your world. God told me to claim it so I'm claiming my million-dollar prize by saying it out loud. THINK young and you are young. Change your beliefs and you change you? MAYBE: what's your conscious awareness and what's your motive and intent? Watch me engage in magical, wishful thinking then switch it up to my conscience and conscious awareness: *I believe that you believe what you say to me; anything you say to me as a human I can consider as I too am human. Will I? Barring physical injury, mental illness, insanity, cancer or a rare brain disease of some kind it's these same things said over to me in your official capacity as a Justice of the Supreme Court of the United States of America that I can't believe and so I can't consider.* Magical thinking is the idea that you can manifest your mere thoughts in the physical. If you manifest anything in your world, via your own will? It cannot then be thought alone, of and by itself. You had to think it and then act upon it and **reasoning** is in between the two. Stand up; you can't without thinking that thought "stand" and then reasoning it "I want to stand up or I will stand up" and then acting to *actually* stand up. Can the thought and action be one? Yup and

it's very rare and usually it's that split seconds pass between your thought and action so it only seems as if it is one. You're still willing, you are acting upon your will and liberty even when the universe lines up perfectly – your conscience lines up with the Creator's consciousness - so thought and action is one. You CAN think and you CAN believe in magic but magical thinking? *Can* versus *will*: Send me not the greasy guy you see on TV at 2AM your cash as you can and I will tell you how to change your brain frequency to match other frequencies thus make things happen in your world as I can, as The Constitution: it's magically delicious. The Declaration? If you want to make things happen in your world save your cash and do it the old fashioned way: Hard work not "secret knowledge" of the "scientific mystery school of mere belief". It might be scientifically based but is it actual science? The science? If I will send it to you only as I can make it sound great and as you paid for it then is it the truth? There's a canyon of difference between them as there is between conscience and conscious. The last time Oprah Winfrey said that we were all unconsciously acting or acting unconsciously 2 years ago? I yelled at my TV: "You mean SUBconsciously or without conscience, no reasoning independent of anyone else's, as if we were all UN*conscious* we'd be dead to the world. We'd be laying flat on our backs not walking around a TV set in Chicago!" Oprah acts "subconsciously" while she tells you not to act 'unconsciously' and when she does not seem to have a "conscience". She's putting the "show" in "politics".

The reason I refer to it, the godspark, as the "intrinsic force" is to avoid this confusion and as there's something about that spark that I have never told anyone yet and I knew people would confuse the terminology. YOU might have different labels for each concept; part of humanity's problem? The skewing of your emotional compass means labels are confused with concepts that are then confused with actual reality. And, you may have concentrated in one specific field of knowledge. Someone is looking at a lot of the words and phrasing we use, as that's one of her areas of expertise. An originalist might say "ownership of liberty" or "ownership of a right" but do we mean materialistically? No, but ownership of liberty can be realized as the physical constructs we know of as "justice". Does a prison cell instantaneously manifest itself around you? No, you realize not manifest one by lying to yourself over and over and acting upon it after you first reason and decide to act criminally; exactly as you possess motive and intent so do I thus – voila! *A prison cell*. Before prison cell is made reality for you? You were charged, arrested, taken to jail, hired a lawyer, were heard upon initial charges thus made bail, were before a grand jury, charges stuck and then you went to trial, before a petit jury. It takes a lot of energy to realize "prison". In actual reality you need to reason *when is my home or the geophysical location known as the USA made a political prison?* and then worry about 'real' prison, especially if you're a guilty Officer.

10/16/2011

## TheSusanConstant

**From:** "Susan Clemons" <susanbcb@gmail.com>
**To:** "bdobry" <bdobry@bellsouth.net>
**Sent:** Saturday, July 31, 2010 1:13 PM
**Subject:** The Soul

I had copied some quotes from the book of Urantia some time ago and this morning I had the impulse to read through them.  I found the following quote and wonder if this is something similar to what you have been talking about with your own experience:

Quote:
But the soul of man is distinct from the divine spirit which dwells within the mind. The divine spirit arrives simultaneously with the first moral activity of the human mind, and that is the occasion of the birth of the soul.

(1478.5) 133:6.6 "The saving or losing of a soul has to do with whether or not the moral consciousness attains survival status through eternal alliance with its associated immortal spirit endowment. Salvation is the spiritualization of the self–realization of the moral consciousness, which thereby becomes possessed of survival value. All forms of soul conflict consist in the lack of harmony between the moral, or spiritual, self–consciousness and the purely intellectual self–consciousness.

Susan Joy

PS:  I had some interesting revelations this morning about love and trust that have been quite revealing to me.  I realized that unconditional love requires unconditional trust.  I could see that in the past the only kind of trust I knew how to experience was conditional trust (based on authoritarian points of view).  I think I'm beginning to know how to trust myself in more unconditional ways.  Much of that is due to exploring your definitions and use of language.  It's amazing to me that studying ideas of law, rules, and government, the founding fathers, and ideas about the U.S. are helping me to understand that.  If you had told me that studying those things would lead me to understanding the true nature of reality and unconditional love several years ago I would have thought you were crazier than bat shit.

Kurt sent me this: A guy will pay me $24,000 if I can prove the 14th Amendment was ever made legal in actuality via due process. I can use this to demonstrate something about US law and the nature of this suit plus what is or is not legal, what is or is not a crime, what is money versus currency and about accounting for yourself. I can expose a danger in such a way you might come to own it as wisdom. Maybe I will walk away with $24, 000 and maybe I won't. I told this guy to be prepared to come to federal court with the check filled out except for WHO & WHAT and signed.

5

**TheSusanConstant**

**From:**      "Kurt Kallenbach" <walkthetalk.us@gmail.com>
**Sent:**      Tuesday, October 19, 2010 7:43 PM
**Subject:**   You just won $24,000.00 if you can prove the 14th Amendment was LAWFULLY ratified!!!

*Dear Friends and Enemies,*

*Finally somebody is putting their money where their mouth is. My good friend and Florida Senatorial Candidate - Bruce Ray Riggs - will personally hand you $24,000.00 dollars (cold hard cash) if you can PROVE beyond a doubt that the 14th Amendment to the Constitution was LAWFULLY ratified.*

*Right now all of you are probably asking yourselves - why would anybody do such a thing?*

*It will be my special privilege to have Mr. Riggs, nationally known as DirtyUncleSam.com, on with me to explain exactly WHY he would make such a seemingly "crazy" offer. But the ONLY way you can learn about this amazing offer is to tune in to my show TONIGHT at 8PM Central. I would advise ANYBODY who is actually interested in finding the truth behind the "takeover of America" to visit www.dirtyunclesam.com to see all the documentation for yourself. It is really overwhelming. The evidence is there for every American to see. So you brainyacks really think you know something he doesn't? You better listen to the show.*

*Sadly, the only problem I can see, is that "Dancing with the Stars" or Tuesday Night Football, or worse yet, Fox "News" is much more important to the lazy, complacent, beerswilling, welfare society of "voters" that has overtaken the once freedom loving, independent, thinking people of America.*

*How can you hear Mr. DirtyUncleSam? Listen TONIGHT.*

*WHERE: http://libertyandfreedomradio.net/*
*WHAT: Internet Radio Show - I AM THE PEOPLE*
*WHEN: 8-10PM Central Time*
*WHO: Your host: Kurt "Walk the Talk" Kallenbach*
*WHY: "Because you can educate NOBODY until you educate yourself"*

*SEE YOU TONIGHT!!!!!!!!!!!!!!!!!!!!!!*

*Sincerely & Without Prejudice*

*Kurtis Richard Kallenbach*
*walkthetalk.us@gmail.com*
*http://kurtkallenbach.wordpress.com/*

Karl Longstreth's Letter. 'Nuff said.

Hello Q,

August 29, 1998
4:01 pm

    Been awhile since we last spoke or written to one anouther, mostly to due on my account. I am in school now & still working full time (6-7 days a week) I never worked this hard in the Navy. Getting back into the groov of school is odd, it is a diffrent mind set & attitude & besides the women for the most part look delicious, big titties, firm asses & wide hips, shapely curves, it makes me want to cry.

    If you thought that I had forgotten about you, well your wrong. I remember the drinking, partying, singing, the skiny dipping. Remember when So you, myself, Chris, & Frank went to the Doll House, we had all the money you got all the kisses, you left there with Lipp stick on your cheek. Thinking back now I wish we had more times together, I know we did do some good stuff but there could have been more.

1

Now I know what they mean when older & wiser people say, "it goes by to quickley, there seems to be enough time." It seems like last week that you & I were getting kicked out of the W.A.S.P. Reunion in 40. Well you had the ball-n-chain at that time, oh by the way, do you still live with that problem? It is also nice to know that there are people out in this world that we've shared happiness with, the more that I am out here doing this thing that they call life, I find that there is a lot less good than what is believed to be.

So Q would you have fucked Manica L. or used the cigar? Did he pass them out afterwords? I have got to give him this much, than, he is a freak. Are you going to running this year in race of that sort? I ran to the frig for a beer & back to the T.V., if I do not bring the beer or liquire liquar with me, I don't want to miss any Beavis & Butthead.

2.

Soon the snow will start start to fly, & so will Snow balls & cars, a-a-a-h winter. First we have to get through Halloween & (Turkey Day) Thanksgiving, and for the first time in six years I will be able abel to make it home, also for part of X-Mes but I will be off for New-Years, finally for the first time in six years.

How is Phille I have never been there? How is the job? Any more ass holes coming in (like the world is not full of them)? Heard Heard anything from Frank or anyone? On a more positive note I am in the market for a nice 12 gauge shot gun (Bush Gun) and a .45 as well or .10 mm. I have always enjoyed shoting so I thought what the fuck, why not? Crack heads, Hookers, Pushers are packen something, it is about time that the good guy are caring also, but will know how to shot as well. Insted of this gang banging Crap, double tap center mass, I believe in gun control the ability to hit ones target.

3.

Well suprize, suprize, this is a letter from me to you, finally after all that time. I am sorry about the wait this the fifth letter the other four are lost somewhere they just had not made to this stage. So untill speak or write again, "Keep your head up, your pecker hard, and your powder dry and the world will turn,"

With loving Memories

Karl H Longstreth

4.

Par for the course for the Neptune Beach PD; this detective abused my children and was arrested for gambling – <u>today</u>.

7

# jacksonville.com
### The Florida Times-Union

## Neptune Beach detective under investigation for possible gambling ties

**Posted:** October 24, 2011 - 2:18pm | **Updated:** October 24, 2011 - 6:29pm

**By Drew Dixon**

A veteran Neptune Beach police detective who provided input into city anti-gambling regulations is among four people arrested in an illegal gambling ring in Clay County.

Camille L. Burban, 41, an eight-year detective in Neptune Beach, was charged Monday with being a "keeper of a gambling house," a third-degree felony punishable up to five years in prison. Her co-defendant is George C. McCombs, 54, of Jacksonville, who is her boyfriend.

Two others, 65-year-old James M. McConatha of Jacksonville and 55-year-old Rebecca S. Schroeder of Elkton, were charged with the same thing Sept. 28 in the case.

According to the arrest report, state and property records, McCombs owned a game vending company called Number One Vending at 8955 Beach Blvd. in Jacksonville. It's also called Home Arcades, where Burban says on her Facebook she has been an employee since 1990.

Home Arcades' website says its 6,000-square-foot showroom features sales in pool tables, pinball machines, slot machines and video poker among other games.

Gambling games such as video slot machines owned by Number One Vending were installed at Keystone Saloon and the White Elephant on Florida 100 in Keystone Heights, the arrest report said.

After a tip from a resident, Clay County sheriff's investigators conducted covert surveillance at the bars where McConatha and Schroeder were seen installing the machines and retrieving money.

Number One Vending would install the slot machines for free and negotiate the payout as a 50-50 split, the arrest report said.

Nikki Miller, a bar tender at the White Elephant, said she was aware that all the gambling machines at the establishment were removed about a month ago. But she knew nothing of any additional investigations or arrests. A phone call to the Keystone Saloon resulted in a message saying the number was no longer in service.

McConatha and Schroeder are accused of being the delivery people for the video slot machines. The report never says Burban or McCombs were the eventual recipients of the money. But it states they owned the machines.

The report also states that Burban called Clay County investigators on several occasions after McConatha and Schroeder were arrested. Clay County officials redacted information on the report that detailed what Burban said to investigators, although it does say she was trying to retrieve a van owned by Number One Vending that was seized after the two were arrested.

The report also notes that Burban "was instrumental in drafting an ordinance for the city of Neptune Beach regulating adult amusement centers." The Neptune Beach City Council in January approved an ordinance that limits these gambling centers to only two within city limits.

The initial arrests of McConatha and Schroeder happened Sept. 28, a day after Clay County enacted a moratorium on gambling machines.

Burban is not only a police detective but also the city's safety officer. She's overseen investigations into everything from the highest-profile police probes to allegations of a hostile work environment at Neptune Beach City Hall.

Police Chief David Sembach said Monday he's dumbfounded by the arrest of one of the top investigators in his department.

"She has been an excellent employee. And quite frankly I'm stunned by the fact that she has been accused of something like his," Sembach said, adding he has suspended Burban without pay indefinitely.

Burban was released Monday on $2,500 bail. McCombs posted bail in the same amount.
Burban makes about $58,600 a year in her base salary from the Neptune Beach Police Department.

A worker who answered the phone Monday afternoon at Home Arcades said the business would have no comment and said attorney Hank Coxe was representing Burban.

"The world agrees she's an outstanding police officer," Coxe said. "For the life of me I cannot figure what she's accused of doing wrong. I read the report and I cannot determine what it is that she's accused of doing."

Coxe also said Burban was not "instrumental" in the Neptune Beach anti-gambling measure. She was asked to provide input by the City Council, he said.

Sembach said he has spoken with Burban and she denies any criminal activity.

"She maintains her complete innocence," the chief said. "I'm still hoping maybe there's been a mistake."

**Drew Dixon: (904) 359-4098**

Share | 0     | Email | Print

Subscribe to The Florida Times-Union